# EXHIBIT 3

**Housing Court Department**
Division: **Eastern**
Address: **24 New Chardon St., Boston, MA 02114**
Telephone Number: **617-788-8485**
Hours of Operations: **Monday - Friday 8:30 AM to 4:30 PM**

*For Court Use Only:*
*Docket No:* _____

## Commonwealth of Massachusetts
### SUMMARY PROCESS (EVICTION) SUMMONS AND COMPLAINT

**IMPORTANT: NOTICE OF A COURT CASE TO EVICT YOU - PLEASE READ IT CAREFULLY**

*IMPORTANTE: ESTA ES UNA NOTIFICACION DE UN CASO EN CORTE RESPETO A PROCEDIMIENTOS DE DESALOJO - POR FAVOR DE LEER CON CUIDADO*

TO: DEFENDANT(S)/TENANT(S)/OCCUPANT(S): **Shaun Cordeiro; Kevin Matlack**
ADDRESS: **10 New St., Apt. #1010**  CITY/TOWN: **Boston, MA**  ZIP: **02128**
EMAIL: _____  TELEPHONE: _____

**THE COURT WILL SEND YOU A NOTICE OF THE DATE, TIME, AND MANNER OF YOUR COURT EVENT.**

You are hereby summonsed to appear at a hearing before a Judge of the Court to defend against the complaint of:
PLAINTIFF/LANDLORD/LESSOR/OWNER:

**Greystar Management Services, LP and GEGC 2 New Street, LLC**
of STREET: **10 New Street**  CITY/TOWN: **Boston, MA**  ZIP: **02128**

that you occupy the premises at **10 New St., Apt. #1010, Boston, MA**
being within the judicial district of this Court, unlawfully and against the right of said Plaintiff/Landlord/Owner because: **NON-PAYMENT OF RENT**

and further, that $ **9328.07** rent is owed according to the following account:

ACCOUNT ANNEXED (itemize)
2022: Oct-$1237.07 Nov-$1991.00 Dec-$2800.00

2023: Jan-$3300.00 plus any monies that become

due and owing during the pendency of this action.

**Mark R. Laverty, Esquire**
Printed Name of Plaintiff or Attorney

*Mark R. Laverty* (signature)
Signature of Plaintiff or Attorney

**25 Braintree Hill Office Pk, Ste 205, Braintree, MA 02184**
Address of Plaintiff or Attorney

**NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT**
If you do not file and serve an answer, or if you do not defend at the time of the trial, Judgment may be entered against you for possession and the rent as requested in the complaint. Please see the **Notice to Defendant** section on the back side of this page.

mlaverty@slglegalgroup.com
Email of Plaintiff or Attorney

**781-843-7700**    **636254**
Telephone Number    BBO#

**FOR INFORMATION ABOUT EMERGENCY RENTAL AND MORTGAGE ASSISTANCE:**
Please visit: www.mass.gov/CovidHousingHelp or call **211** for assistance.

To the Sheriff of our several counties, or their Deputies, or any constable of any City or Town within said Commonwealth, Greetings: We command you to summon the within named defendant(s)/tenant(s)/occupant(s) to appear as herein ordered.
WITNESS:

/s/ *Joseph E. Kelleher III*
First Justice

/s/ *Alex Valderrama*
Clerk Magistrate

Service by: **1-9-23**
Entry Date by: **1-16-23**
Trial Date: **To Be Determined by the Court**

¡Importante! ¡Traducir! Enpòtan! Tradwi! Quan Trọng! Dich!

**IMPORTANT NOTICE TO ALL PARTIES**
If you need a free interpreter or reasonable accommodations, please call the Court's Clerk's Office. For information about the Lawyer for the Day Program, Tenancy Preservation Program, or other services that may help both parties with their case, please go to:
**https://www.mass.gov/guides/housing-court-resources**

**IMPORTANT NOTICE TO PLAINTIFF/LANDLORD/LESSOR/OWNER:** Have the Officer complete and return the below return notice. Service must be made on each defendant(s) not later than the seventh day and not earlier than the thirtieth day before the Monday entry date. This form must be filed in Court no later than the close of business on the scheduled Monday entry date. In appropriate cases, proper evidence of notice to quit must be provided to this Court upon the filing of this Complaint.
**A P.O. box will not be accepted as an address for the Plaintiff**

Defendant: Shaun Cordeiro

**Officer's Return**

Suffolk, ss                                                    Date: January 6, 2023

City/Town: Boston

By virtue of this Writ, I this day served the within-named each defendant/tenant/occupant, and summonsed him/her as herein directed, by ~~giving in hand to~~ _____

XX leaving it at the last and usual place of abode at   10 New Street, #1010, Boston MA  02128

A copy of this summons was mailed first class to each defendant/tenant/occupant at the address on: January 6, 2023

Fees for Service

| | |
|---|---|
| Service | $ 30.00 |
| Copy/Attest | $ 1.00 |
| Travel | $ 15.00 |
| Use of Car | $ 15.00 |
| Mailing | $ 1.00 |
| TOTAL | $ 62.00 |

Signature of Officer

Samuel Desrosiers,
Constable City of Boston
Printed Name of Officer

35 Madison Avenue, Suite 1
Cambridge, MA 02140
Address of Officer

857-285-6901
Telephone Number of Officer

**IMPORTANT NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT: When this case is filed with the Court, the Court will send a notice with the date, time, and how the court event will be conducted. If you do not receive a notice, please contact the Court's Clerk's Office at 617-788-8485**

You (or your attorney) must participate in all Court events to present your defense. You (or your attorney) must also file a written Answer to this Complaint. An Answer is your response stating the reason(s) why you should not be evicted and may include any claims you have against the Plaintiff. A Summary Process Answer Form is available on the Housing Court's website at **www.mass.gov/lists/housing-court-forms** and in the Clerk's Office.

You must file (e-file, deliver or mail) your Answer with the Court's Clerk's Office and serve (deliver or mail) a copy on the Plaintiff (or Plaintiff's attorney) at the address shown in this summons. **The Court's notice about the court event will also include the deadline by which the Answer must be received by the Court's Clerk's Office and received by the Plaintiff (or the Plaintiff's Attorney).**

¡Importante! ¡Traducir! Enpòtan! Tradwi! Quan Trọng! Dich!

**IMPORTANT NOTICE TO ALL PARTIES**
If you need a free interpreter or reasonable accommodations, please call the Court's Clerk's Office. For information about the Lawyer for the Day Program, Tenancy Preservation Program, or other services that may help both parties with their case, please go to:
https://www.mass.gov/guides/housing-court-resources

**IMPORTANT NOTICE TO PLAINTIFF/LANDLORD/LESSOR/OWNER:** Have the Officer complete and return the below return notice. Service must be made on each defendant(s) not later than the seventh day and not earlier than the thirtieth day before the Monday entry date. This form must be filed in Court no later than the close of business on the scheduled Monday entry date. In appropriate cases, proper evidence of notice to quit must be provided to this Court upon the filing of this Complaint.
**A P.O. box will not be accepted as an address for the Plaintiff**

Defendant: Kevin Matlack

**Officer's Return**

Suffolk, ss

Date: January 6, 2023

City/Town: Boston

By virtue of this Writ, I this day served the within-named each defendant/tenant/occupant, and summonsed him/her as herein directed, by ~~giving in hand to~~

xx leaving it at the last and usual place of abode at 10 New Street, #1010, Boston MA 02128

A copy of this summons was mailed first class to each defendant/tenant/occupant at the address on: January 6, 2023.

Signature of Officer  Samuel Desrosiers
Constable, City of Boston

Printed Name of Officer
35 Madison Avenue, Suite 1
Cambridge, MA 02140
Address of Officer

857-285-6901
Telephone Number of Officer

Fees for Service

| | |
|---|---|
| Service | $ 30.00 |
| Copy/Attest | $ 1.00 |
| Travel | $ 15.00 |
| Use of Car | $ 15.00 |
| Mailing | $ 1.00 |
| TOTAL | $ 62.00 |

**IMPORTANT NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT:** When this case is filed with the Court, the Court will send a notice with the date, time, and how the court event will be conducted. If you do not receive a notice, please contact the Court's Clerk's Office at 617-788-8485.

You (or your attorney) must participate in all Court events to present your defense. You (or your attorney) must also file a written Answer to this Complaint. An Answer is your response stating the reason(s) why you should not be evicted and may include any claims you have against the Plaintiff. A Summary Process Answer Form is available on the Housing Court's website at www.mass.gov/lists/housing-court-forms and in the Clerk's Office.

You must file (e-file, deliver or mail) your Answer with the Court's Clerk's Office and serve (deliver or mail) a copy on the Plaintiff (or Plaintiff's attorney) at the address shown in this summons. The Court's notice about the court event will also include the deadline by which the Answer must be received by the Court's Clerk's Office and received by the Plaintiff (or the Plaintiff's Attorney).