# EXHIBIT 4

# Account History

| Date: | Description: | Activity: | Balance: |
|---|---|---:|---:|
| 10/14/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $100.00 ) | $1,394.87 |
| 10/14/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $228.31 ) | $1,494.87 |
| 10/8/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $2,000.00 ) | $1,723.18 |
| 10/1/2023 | WATER/RESIDENT 06/28/2023 - 07/26/2023 (10/1/2023) | $55.58 | $3,723.18 |
| 10/1/2023 | Base Rent | $3,200.00 | $3,667.60 |
| 10/1/2023 | 35 | $50.00 | $467.60 |
| 10/1/2023 | 34 | $50.00 | $417.60 |
| 10/1/2023 | 2-21 | $199.00 | $367.60 |
| 9/15/2023 | Interest On Deposit Held - Cordeiro | ( $6.40 ) | $168.60 |
| 9/8/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $855.67 ) | $175.00 |
| 9/7/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $1,500.00 ) | $1,030.67 |
| 9/6/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $1,200.00 ) | $2,530.67 |
| 9/1/2023 | Base Rent | $3,200.00 | $3,730.67 |
| 9/1/2023 | 35 | $50.00 | $530.67 |
| 9/1/2023 | 34 | $50.00 | $480.67 |
| 9/1/2023 | 2-21 | $199.00 | $430.67 |
| 9/1/2023 | WATER/RESIDENT 05/30/2023 - 06/27/2023 (9/1/2023) | $56.67 | $231.67 |
| 8/24/2023 | Eviction/Legal Recovery - Cordeiro | $175.00 | $175.00 |
| 8/14/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $999.00 ) | $0.00 |
| 8/9/2023 | WelcomeHome ACH payment -- Shaun Cordeiro 8/10/2023 | ( $500.00 ) | $999.00 |
| 8/4/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $2,000.00 ) | $1,499.00 |
| 8/1/2023 | Base Rent | $3,200.00 | $3,499.00 |
| 8/1/2023 | 35 | $50.00 | $299.00 |
| 8/1/2023 | 34 | $50.00 | $249.00 |
| 8/1/2023 | 2-21 | $199.00 | $199.00 |
| 8/1/2023 | WATER/RESIDENT 04/25/2023 - 05/29/2023 (8/1/2023) | $71.11 | $0.00 |
| 7/31/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $71.11 ) | ( $71.11 ) |
| 7/13/2023 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $1,543.28 ) | $0.00 |
| 7/6/2023 | WelcomeHome ACH payment -- Shaun Cordeiro 7/7/2023 | ( $2,000.00 ) | $1,543.28 |
| 7/5/2023 | Payment By Government Subsidy - Cordeiro | ( $3,499.00 ) | $3,543.28 |

| Date: | Description: | Activity: | Balance: |
|---|---|---|---|
| 7/1/2023 | Base Rent | $3,200.00 | $7,042.28 |
| 7/1/2023 | 35 | $50.00 | $3,842.28 |
| 7/1/2023 | 34 | $50.00 | $3,792.28 |
| 7/1/2023 | 2-21 | $199.00 | $3,742.28 |
| 7/1/2023 | WATER/RESIDENT 03/28/2023 - 04/24/2023 (7/1/2023) | $44.28 | $3,543.28 |
| 6/1/2023 | Base Rent | $3,200.00 | $3,499.00 |
| 6/1/2023 | 2-21 | $199.00 | $299.00 |
| 6/1/2023 | 35 | $50.00 | $100.00 |
| 6/1/2023 | 34 | $50.00 | $50.00 |
| 6/1/2023 | WATER/RESIDENT 02/28/2023 - 03/27/2023 (6/1/2023) | $42.35 | $0.00 |
| 5/31/2023 | eMoneyOrder - Shaun Cordeiro 6/1/2023 | ( $529.35 ) | ( $42.35 ) |
| 5/20/2023 | eMoneyOrder - Shaun Cordeiro | ( $165.00 ) | $487.00 |
| 5/18/2023 | eMoneyOrder - Shaun Cordeiro | ( $1,544.11 ) | $652.00 |
| 5/18/2023 | eMoneyOrder - Shaun Cordeiro | ( $1,300.00 ) | $2,196.11 |
| 5/13/2023 | eMoneyOrder - Shaun Cordeiro | ( $1,118.00 ) | $3,496.11 |
| 5/11/2023 | eMoneyOrder - Shaun Cordeiro | ( $2,500.00 ) | $4,614.11 |
| 5/1/2023 | Eviction/Legal Recovery - Cordeiro | $175.00 | $7,114.11 |
| 5/1/2023 | Base Rent | $3,200.00 | $6,939.11 |
| 5/1/2023 | 2-21 | $199.00 | $3,739.11 |
| 5/1/2023 | 35 | $50.00 | $3,540.11 |
| 5/1/2023 | 34 | $50.00 | $3,490.11 |
| 5/1/2023 | WATER/RESIDENT 01/26/2023 - 02/27/2023 (5/1/2023) | $61.89 | $3,440.11 |
| 4/20/2023 | eMoneyOrder - Shaun Cordeiro | ( $1,300.00 ) | $3,378.22 |
| 4/5/2023 | WelcomeHome card payment -- Shaun Cordeiro | ( $2,375.00 ) | $4,678.22 |
| 4/1/2023 | Base Rent | $3,200.00 | $7,053.22 |
| 4/1/2023 | 2-21 | $199.00 | $3,853.22 |
| 4/1/2023 | 35 | $50.00 | $3,654.22 |
| 4/1/2023 | 34 | $50.00 | $3,604.22 |
| 4/1/2023 | WATER/RESIDENT 12/28/2022 - 01/25/2023 (4/1/2023) | $61.72 | $3,554.22 |
| 3/31/2023 | eMoneyOrder - Shaun Cordeiro | ( $45.00 ) | $3,492.50 |
| 3/23/2023 | eMoneyOrder - Shaun Cordeiro | ( $300.00 ) | $3,537.50 |
| 3/20/2023 | Eviction/Legal Recovery - Cordeiro | $477.00 | $3,837.50 |
| 3/11/2023 | eMoneyOrder - Shaun Cordeiro 3/12/2023 | ( $131.00 ) | $3,360.50 |
| 3/8/2023 | eMoneyOrder - Shaun Cordeiro | ( $530.00 ) | $3,491.50 |

| Date: | Description: | Activity: | Balance: |
|---|---|---:|---:|
| 3/6/2023 | eMoneyOrder - Shaun Cordeiro | ( $1,000.00 ) | $4,021.50 |
| 3/5/2023 | eMoneyOrder - Shaun Cordeiro | ( $500.00 ) | $5,021.50 |
| 3/4/2023 | eMoneyOrder - Shaun Cordeiro | ( $2,980.00 ) | $5,521.50 |
| 3/1/2023 | Base Rent | $3,200.00 | $8,501.50 |
| 3/1/2023 | 35 | $50.00 | $5,301.50 |
| 3/1/2023 | 34 | $50.00 | $5,251.50 |
| 3/1/2023 | WATER/RESIDENT 11/29/2022 - 12/27/2022 (3/1/2023) | $60.91 | $5,201.50 |
| 2/25/2023 | eMoneyOrder - Shaun Cordeiro | ( $498.00 ) | $5,140.59 |
| 2/21/2023 | eMoneyOrder - Shaun Cordeiro | ( $298.00 ) | $5,638.59 |
| 2/15/2023 | eMoneyOrder - Shaun Cordeiro | ( $508.00 ) | $5,936.59 |
| 2/11/2023 | eMoneyOrder - Shaun Cordeiro | ( $500.00 ) | $6,444.59 |
| 2/1/2023 | Base Rent | $3,200.00 | $6,944.59 |
| 2/1/2023 | 2-21 | $199.00 | $3,744.59 |
| 2/1/2023 | 35 | $50.00 | $3,545.59 |
| 2/1/2023 | 34 | $50.00 | $3,495.59 |
| 2/1/2023 | WATER/RESIDENT 10/27/2022 - 11/28/2022 (2/1/2023) | $51.79 | $3,445.59 |
| 1/17/2023 | Payment By Government Subsidy - Cordeiro | ( $6,429.03 ) | $3,393.80 |
| 1/1/2023 | Base Rent | $3,200.00 | $9,822.83 |
| 1/1/2023 | 2-21 | $199.00 | $6,622.83 |
| 1/1/2023 | 35 | $50.00 | $6,423.83 |
| 1/1/2023 | 34 | $50.00 | $6,373.83 |
| 12/6/2022 | eMoneyOrder - Shaun Cordeiro | ( $500.00 ) | $6,323.83 |
| 12/1/2022 | Base Rent | $3,200.00 | $6,823.83 |
| 12/1/2022 | 35 | $50.00 | $3,623.83 |
| 12/1/2022 | 34 | $50.00 | $3,573.83 |
| 12/1/2022 | WATER/RESIDENT 09/01/2022 - 09/26/2022 (12/1/2022) | $41.40 | $3,523.83 |
| 11/9/2022 | Check Scan - Shaun Cordeiro | ( $1,309.00 ) | $3,482.43 |
| 11/1/2022 | Base Rent | $3,200.00 | $4,791.43 |
| 11/1/2022 | 35 | $50.00 | $1,591.43 |
| 11/1/2022 | 34 | $50.00 | $1,541.43 |
| 11/1/2022 | WATER/RESIDENT 08/03/2022 - 08/31/2022 (11/1/2022) | $82.82 | $1,491.43 |
| 10/24/2022 | NSF Fee: Cordeiro, ShaunMDXXMG8PLA7 | $100.00 | $1,408.61 |
| 10/24/2022 | Insufficient Funds (R01) | $1,308.61 | $1,308.61 |
| 10/19/2022 | WelcomeHome ACH payment -- Shaun Cordeiro | ( $1,308.61 ) | $0.00 |

| Date: | Description: | Activity: | Balance: |
|---|---|---|---|
| 10/2/2022 | WelcomeHome ACH payment -- Shaun Cordeiro 10/3/2022 | ( $2,062.93 ) | $1,308.61 |
| 10/1/2022 | Base Rent | $3,200.00 | $3,371.54 |
| 10/1/2022 | 35 | $50.00 | $171.54 |
| 10/1/2022 | 34 | $50.00 | $121.54 |
| 10/1/2022 | WATER/RESIDENT 07/08/2022 - 08/02/2022 (10/1/2022) | $71.54 | $71.54 |

| | | |
|---|---|---|
| **TOTAL DUE:** | | **$1,394.87** |