# EXHIBIT 5

Gmail                                                                                                          Shaun Cordeiro

# Dismissal
11 messages

**Shaun Cordeiro**                                                                                         Fri, May 19, 2023 at 1:35 PM
To: Vladimir Nechev
Cc: Kevin Matlack

Vladimir,

I just got an email from Marvin informing me that the case will be dismissed, but the legal fees will remain on our account. I want to make sure you file that motion today, and I need some clarification on the decision to leave those fees on our ledger.

Why would you leave those legal fees on our ledger if you intend to dismiss the case? You guys can't collect those fees unless you have an order of execution of the eviction, so why leave them on the ledger? It seems pointless to me.

I do not want to return to court on the 12th of June if we don't have to do so because I need to return to Argentina, and we certainly don't have to wait until then because if, as the plaintiff's counsel, you dismiss the case--then that's that. The judge can rule on that without us being present.

Please let me know so that I'm clear on all of this.

Thanks so much,

Shaun


**Vladimir Nechev**                                                                                        Fri, May 19, 2023 at 2:20 PM
To: Shaun Cordeiro
Cc: Kevin Matlack

Hi Shaun,

Yes the case will be dismissed and you do not have to appear in Court at the next court date. However, as I mentioned to you in court last time, my client's position is that they had to spend legal fees to bring you to court for nonpayment of rent and they can recover the legal fees under your lease agreement. If they wanted to do so, they would have to obtain a judgment at a later date in a different action.

Thanks.

Sent from my iPhone

Please excuse any typographical errors.

Vladimir L. Nechev, Esq.
Partner
Scolnick Laverty & Gouveia, LLP
25 Braintree Hill Office Park, Suite 205
Braintree, MA 02184
P: (781) 843-7700, ext. 105
F: (781) 843-7700
vnechev@slglegalgroup.com

This electronic message transmission contains information from Scolnick, Laverty & Gouveia, LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic message in error, please notify us by calling collect at (781) 843-7700 or by electronic mail at vnechev@slglegalgroup.com immediately and delete or destroy all copies of this transmission.

On May 19, 2023, at 1:35 PM, Shaun Cordeiro wrote:

[Quoted text hidden]


**Shaun Cordeiro**                                                                                         Fri, May 19, 2023 at 3:12 PM
To: Vladimir Nechev

Vladimir,

When will the motion to dismiss be filed?

[Quoted text hidden]

**Vladimir Nechev** <​███████████████████████​>  Fri, May 19, 2023 at 3:15 PM
To: Shaun Cordeiro <​███████████████████████​>

It's not a motion, it's notice of voluntary dismissal. It will be filed in the next few days.

Sent from my iPhone

Please excuse any typographical errors.

Vladimir L. Nechev, Esq.
Partner
Scolnick Laverty & Gouveia, LLP
25 Braintree Hill Office Park, Suite 205
Braintree, MA 02184
P: (781) 843-7700, ext. 105
F: (781) 843-7700
vnechev@slglegalgroup.com

This electronic message transmission contains information from Scolnick, Laverty & Gouveia, LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic message in error, please notify us by calling collect at (781) 843-7700 or by electronic mail at vnechev@slglegalgroup.com immediately and delete or destroy all copies of this transmission.

[Quoted text hidden]

---

**Shaun Cordeiro** <​███████████████████████​>  Fri, May 19, 2023 at 3:37 PM
To: Vladimir Nechev <​███████████████████████​>

Great.

Why don't we respect each other's time and just send me an itemized list of fees and the total amount of money that Greystar thinks we owe them now and let me know if they intend to add additional fees to our ledger?

I would like to spend much more time working, and with Kevin and his doctors to ensure that the brain tumor he had removed that later manifested panic attacks-- causing us to get behind in rent in the first place, has only grown minimally and doesn't appear malignant. This bullshit with Greystar.....I do not want to make any more time for Vladimir.

[Quoted text hidden]

---

**Vladimir Nechev** <​███████████████████████​>  Sat, May 20, 2023 at 6:14 PM
To: Shaun Cordeiro <​███████████████████████​>

Thank you Shaun. I agree. You will see any and all fees Greystar alleges you owe them on your ledger.



Vladimir L. Nechev, Esq.
Partner | **Scolnick Laverty & Gouveia, LLP**
A: 25 Braintree Hill Office Park, Suite 205, Braintree, MA 02184
P: (781) 843-7700, ext. 105   F: (781) 843-7703
E: vnechev@slglegalgroup.com   W: www.slglegalgroup.com

This electronic message transmission contains information from Scolnick, Laverty & Gouveia, LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic message in error, please notify us by calling collect at (781) 843-7700 or by electronic mail at vnechev@slglegalgroup.com immediately and delete or destroy all copies of this transmission.

[Quoted text hidden]

---

**Vladimir Nechev** <​███████████████████████​>  Sat, May 20, 2023 at 6:14 PM
To: Shaun Cordeiro <​███████████████████████​>

I sincerely hope you receive only positive news regarding Kevin's medical situation!



**Vladimir L. Nechev, Esq.**
Partner | **Scolnick Laverty & Gouveia, LLP**
A: 25 Braintree Hill Office Park, Suite 205, Braintree, MA 02184
P: (781) 843-7700, ext. 105   F: (781) 843-7703
E: vnechev@slglegalgroup.com   W: www.slglegalgroup.com

*This electronic message transmission contains information from Scolnick, Laverty & Gouveia, LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic message in error, please notify us by calling collect at (781) 843-7700 or by electronic mail at vnechev@slglegalgroup.com immediately and delete or destroy all copies of this transmission.*

---

**From:** Shaun Cordeiro
**Sent:** Friday, May 19, 2023 3:38 PM
**To:** Vladimir Nechev
**Subject:** Re: Dismissal

Great.

[Quoted text hidden]
[Quoted text hidden]

---

**Shaun Cordeiro**                                              Sat, May 20, 2023 at 6:41 PM
To: Vladimir Nechev

Vladimir,

I appreciate the well wishes. To be clear, we're talking about the $652, correct? Once I pay that, Greystar and I start at $0. Correct? If that's the situation, then I will take care of that very soon after I receive the voluntary dismissal and we can all move on with our lives.

Please confirm and again, I do appreciate the well wishes and will pass those on.

Thanks,

Shaun

[Quoted text hidden]

---

**Vladimir Nechev <**                                           Sat, May 20, 2023 at 6:43 PM
To: Shaun Cordeiro

That's all I see on the account that my client sent over and confirmed.

[Quoted text hidden]

---

**Shaun Cordeiro**                                              Sat, May 20, 2023 at 6:52 PM
To: Vladimir Nechev

Okay. Gotcha. I'll keep an eye out for the filing. Please add my email address so that I receive a copy. Lastly, do I receive anything that says, "You're a tenant again, and we're good". I apologize for my lack of legal vernacular. I have a Ph.D. in Business/Economics, so my prowess is limited to that. Am I paying for occupancy at this point, or has my tenancy been reinstated? As you can imagine, I truly cannot handle any more surprises, emotionally, right now. I need peace in my life, so if there's anything else that I should know or that you could tell me, even though you're the opposing counsel, please do tell me.

Also, can this eCheck nightmare be taken care of? I have no intention of fighting with Greystar, at this time, over $652 but they could NOT make paying rent much more difficult and expensive. I emailed you about that previously and if you could do anything at all about that, I would appreciate it if you spoke with your client or property management to allow us that option once more.

Thank you and I hope your day is going well.

Shaun

[Quoted text hidden]

---

**Vladimir Nechev** <███████████████████████████>  Sat, May 20, 2023 at 7:01 PM
To: Shaun Cordeiro <███████████████████████████>

No worries, by law once the eviction case where the landlord is seeking possession is dismissed, your tenancy is re-instated.

Sent from my iPhone

Please excuse any typographical errors.

Vladimir L. Nechev, Esq.
Partner
Scolnick Laverty & Gouveia, LLP
25 Braintree Hill Office Park, Suite 205
Braintree, MA 02184
P: (781) 843-7700, ext. 105
F: (781) 843-7700
vnechev@slglegalgroup.com

This electronic message transmission contains information from Scolnick, Laverty & Gouveia, LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic message in error, please notify us by calling collect at (781) 843-7700 or by electronic mail at vnechev@slglegalgroup.com immediately and delete or destroy all copies of this transmission.

> On May 20, 2023, at 6:52 PM, Shaun Cordeiro <███████████████████████████> wrote:
>
> Okay. Gotcha. I'll keep an eye out for the filing. Please add my email address so that I receive a copy. Lastly, do I receive anything that says, "You're a tenant again, and we're good". I apologize for my lack of legal vernacular. I have a Ph.D. in Business/Economics, so my prowess is limited to that. Am I paying for occupancy at this point, or has my tenancy been reinstated? As you can imagine, I truly cannot handle any more surprises, emotionally, right now. I need peace in my life, so if there's anything else that I should know or that you could tell me, even though you're the opposing counsel, please do tell me.
>
> Also, can this eCheck nightmare be taken care of? I have no intention of fighting with Greystar, at this time, over $652 but they could NOT make paying rent much more difficult and expensive. I emailed you about that previously and if you could do anything at all about that, I would appreciate it if you spoke with your client or property management to allow us that option once more.
>
> Thank you and I hope your day is going well.
>
> Shaun
>
>
> On Sat, May 20, 2023 at 6:43 PM Vladimir Nechev <vnechev@slglegalgroup.com> wrote:
>> That's all I see on the account that my client sent over and confirmed.
>>
>> <image001.png>  **Vladimir L. Nechev, Esq.**
>> Partner | **Scolnick Laverty & Gouveia, LLP**
>> **A:** 25 Braintree Hill Office Park, Suite 205, Braintree, MA 02184
>> **P:** (781) 843-7700, ext. 105   **F:** (781) 843-7703
>> **E:** vnechev@slglegalgroup.com   **W:** www.slglegalgroup.com
>>
>> *This electronic message transmission contains information from Scolnick, Laverty & Gouveia, LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic message in error, please notify us by calling collect at (781) 843-7700 or by electronic mail at vnechev@slglegalgroup.com immediately and delete or destroy all copies of this transmission.*

**From:** Shaun Cordeiro
**Sent:** Saturday, May 20, 2023 6:41 PM
**To:** Vladimir Nechev
**Subject:** Re: Dismissal

Vladimir,

I appreciate the well wishes. To be clear, we're talking about the $652, correct? Once I pay that, Greystar and I start at $0. Correct? If that's the situation, then I will take care of that very soon after I receive the voluntary dismissal and we can all move on with our lives.

Please confirm and again, I do appreciate the well wishes and will pass those on.

Thanks,

Shaun

On Sat, May 20, 2023 at 6:14 PM Vladimir Nechev <vnechev@slglegalgroup.com> wrote:

> I sincerely hope you receive only positive news regarding Kevin's medical situation!
>
> <image001.png>  **Vladimir L. Nechev, Esq.**
> Partner | **Scolnick Laverty & Gouveia, LLP**
> **A:** 25 Braintree Hill Office Park, Suite 205, Braintree, MA 02184
> **P:** (781) 843-7700, ext. 105   **F:** (781) 843-7703
> **E:** vnechev@slglegalgroup.com   **W:** www.slglegalgroup.com
>
> [Quoted text hidden]



image001.png
2K