# EXHIBIT 6

**23H84SP000281 Greystar Management Services, Lp et al vs. Cordeiro, Shaun et al**

Case 1:23-cv-12901-AK    Document 1-6    Filed 11/29/23    Page 2 of 4

- Case Type:
  Housing Court Summary Process
- Case Status:
  Closed
- File Date
  01/17/2023
- DCM Track:
- Initiating Action:
  Efiled SP Summons and Complaint - Non-payment of Rent
- Status Date:
  05/23/2023
- Case Judge:
- Next Event:

**Property Address**

10 New Street 1010
East Boston MA 02128

All Information  Party  Event  Docket  Disposition

## Party Information

**Greystar Management Services, Lp**
- Plaintiff

Alias

Party Attorney
- Attorney
- Laverty, Esq., Mark R
- Bar Code
- 636254
- Address
- Scolnick Laverty and Gouveia LLP
  25 Braintree Hill Off Park
  Suite 205
  Braintree, MA  02184
- Phone Number
- (781)843-7700

More Party Information

**Gegc 2 New Street, Llc**
- Plaintiff

Alias

Party Attorney
- Attorney
- Laverty, Esq., Mark R
- Bar Code
- 636254
- Address
- Scolnick Laverty and Gouveia LLP
  25 Braintree Hill Off Park
  Suite 205
  Braintree, MA  02184
- Phone Number
- (781)843-7700

More Party Information

**Cordeiro, Shaun**
- Defendant

Alias

Party Attorney
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**Matlack, Kevin**
- Defendant

Alias

Party Attorney
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

## Events

| Date | Session | Locality | Location | Type | Result |
|---|---|---|---|---|---|
| 03/23/2023 01:00 PM | House Specialist Session Virtual Conference | | Zoom Virtual Courtroom | Housing Specialist Status Conference | Held |
| 05/01/2023 09:00 AM | Chelsea Session | | Chelsea Session Courtroom 2 | Summary Process Trial | Continued |
| 05/15/2023 09:00 AM | Chelsea Session | | Chelsea Session Courtroom 2 | Summary Process Trial | Continued |
| 06/12/2023 09:00 AM | Chelsea Session | | Chelsea Session Courtroom 2 | Summary Process Trial | Dismissed |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/17/2023 | Entry Package - SP Summons and Complaint - Non-payment of Rent | 1 | |
| 01/17/2023 | Entry Package - Notice to Quit | 2 | |
| 01/17/2023 | Entry Package - Affidavit of Compliance | 3 | |
| 01/17/2023 | Plaintiff's Affidavit of Compliance as to delivery of the attestation form required by Chapter 257 of the Acts of 2020 | 4 | |
| 01/19/2023 | Summary Process: MGL Chapter 185C Section 19; Chapter 262 Section 2 Receipt: 106270 Date: 01/19/2023 | | |
| 01/19/2023 | SURCHARGE 185C:Entry of Action filed (Section 466 - M.G.L. c. 185C, §19) SURCHARGE Receipt: 106270 Date: 01/19/2023 | | |
| 02/02/2023 | Entry Package - SP Summons and Complaint - Original | 5 | |
| 02/13/2023 | Scheduled<br>Event: Housing Specialist Status Conference<br>Date: 03/23/2023  Time: 01:00 PM<br>Result: Held | | |
| 03/23/2023 | Alternative Dispute Resolution Outcome<br>Referral Date: 03/23/2023<br>Referral Source:<br>Referral Event: Housing Specialist Status Conference Mar 23, 2023 1:00:00 PM<br>Referral Status: Closed - Not Settled<br>Referral Specialist: Camacho, Yariely | | |
| 03/23/2023 | Event Resulted:  Housing Specialist Status Conference scheduled on:<br>       03/23/2023 01:00 PM<br>Has been: Held<br>Comments: Not Settled<br>Unassigned, Presiding | | |
| 03/27/2023 | Referred to Housing Specialist | 7 | |
| 04/06/2023 | Scheduled<br>Event: Summary Process Trial<br>Date: 05/01/2023  Time: 09:00 AM<br>Result: Continued | | |
| 04/24/2023 | Motion by Shaun Cordeiro to continue | 9 | |
| 04/24/2023 | Motion by Shaun Cordeiro to continue<br>Travel Itinerary | 10 | |
| 04/26/2023 | Motion #9 Allowed<br><br>Judge: Bagdoian, Hon. Irene | 11 | |
| 04/26/2023 | Event Resulted:  Summary Process Trial scheduled on:<br>       05/01/2023 09:00 AM<br>Has been: Continued       For the following reason: Defendant's Request<br>Comments: Case continued to 5/15/23<br>Hon. Irene Bagdoian, Presiding | | |
| 04/26/2023 | Scheduled<br>Judge: Bagdoian, Hon. Irene<br>Event: Summary Process Trial<br>Date: 05/15/2023  Time: 09:00 AM | | |
| 05/11/2023 | Motion by to continue | 13 | |
| 05/11/2023 | Proposed Exhibit Filed by | 14 | |
| 05/12/2023 | Motion by to file late | 15 | |
| 05/15/2023 | Event Resulted:  Summary Process Trial scheduled on:<br>       05/15/2023 09:00 AM<br>Has been: Continued       For the following reason: Both Parties Request<br>Comments: Agmt. to continue<br>Hon. Irene Bagdoian, Presiding | | |
| 05/15/2023 | Scheduled<br>Judge: Bagdoian, Hon. Irene<br>Event: Summary Process Trial<br>Date: 06/12/2023  Time: 09:00 AM<br>Result: Dismissed | | |
| 05/15/2023 | Proposed Exhibit Filed by Shaun Cordeiro | 16 | |
| 05/15/2023 | Proposed Exhibit Filed by Shaun Cordeiro | 17 | |
| 05/15/2023 | Proposed Exhibit Filed by Shaun Cordeiro | 18 | |
| 05/17/2023 | Agreement for Continuance<br><br>Judge: Bagdoian, Hon. Irene | 19 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/23/2023 | R 41(a)(1) Voluntary Dismissal | 20 | |
| 05/23/2023 | Event Resulted:  Summary Process Trial scheduled on:<br>   06/12/2023 09:00 AM<br>Has been: Dismissed       For the following reason: Plaintiff's Request<br>Hon. Irene Bagdoian, Presiding | | |
| 05/23/2023 | R 41(a)(1) Voluntary Dismissal | | |

## Case Disposition

| Disposition | Date |
|---|---|
| R 41(a)(1) Voluntary Dismissal | 05/23/2023 |

For Land Court only: Name search is currently unavailable. Case type and case number searches are available. For a Land Court name search, contact the Land Court Recorder's Office at 617-788-7470. We apologize for the inconvenience. ✖