CASE NO.: 1:23-CV-12901-AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| SHAUN CORDEIRO and KEVIN MATLOCK, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GREP ATLANTIC, LLC, and EDDY OWNER, L.L.C.<br><br>Defendants. | CASE NO.: 1:23-CV-12901-AK |

**JOINT MOTION TO ENTER PROPOSED STIPULATION AND ORDER
FOR THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY
<u>STORED INFORMATION</u>**

Plaintiffs Shaun Cordeiro and Kevin Matlack ("Plaintiffs") and Defendants GREP Atlantic LLC and Eddy Owner, L.L.C. ("Defendants") (collectively, the "Parties"), by and through counsel, respectfully move this Court to enter the proposed: (1) Confidentiality and Protective Order; and (2) Stipulation and Order for the Production of Documents and Electronically Stored Information, attached hereto as Exhibits A and B. The parties have conferred regarding how discovery should be conducted in this lawsuit and have agreed on these two proposed orders, which the parties now jointly present for entry by the Court for good cause shown pursuant to Federal Rules of Civil Procedure 26(c) and 34.

CASE NO.: 1:23-CV-12901-AK

| | |
|---|---|
| Date: September 18, 2025 | Respectfully submitted, |

                        **GREP ATLANTIC, LLC, and EDDY OWNER, L.L.C.**

                        /s/ *Brandon L. Arber*
                        Brandon L. Arber (BBO #676425)
                        Mary K. Groves (BBO #716047)
                        SHOOK, HARDY & BACON L.L.P.
                        One Federal Street, Suite 2620
                        Boston, MA 02110
                        Telephone: (617) 531-1411
                        Facsimile: (617) 531-1602
                        barber@shb.com
                        mgroves@shb.com

                        Ara K. Ayvazian (*Pro Hac Vice*)
                        SHOOK, HARDY & BACON L.L.P.
                        100 N. Tampa St., Suite 2900
                        Tampa, FL 33602
                        Telephone: (813) 202-7100
                        Facsimile: (813) 221-8837
                        aayvazian@shb.com

                        *Attorneys for Defendants*

                        **BRYSON HARRIS SUCIU & DEMAY, PLLC.**

                        /s/ *Scott C. Harris*
                        Scott C. Harris
                        Mass. Bar No.: 714774
                        900 W. Morgan Street
                        Raleigh, NC 27603
                        Telephone: 919-600-5000
                        Facsimile: 919-600-5035
                        Email: sharris@brysonpllc.com

                        *Attorney for Plaintiffs*