**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |
|---|---|
| SHAUN CORDEIRO and KEVIN MATLOCK, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GREP ATLANTIC, LLC, and EDDY OWNER, L.L.C.<br><br>Defendants. | CASE NO.: 1:23-CV-12901-AK |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS**

Defendants GREP Atlantic, LLC and Eddy Owner, LLC ("Defendants") move for summary judgment pursuant to Federal Rule of Civil Procedure 56. For the reasons set forth in the attached memorandum, the Court should grant summary judgment in Defendants' favor as to all of Plaintiffs' claims. Specifically, Defendants' seek summary judgment on 1) Plaintiffs' M.G.L. c. 93A claim because Plaintiffs produced insufficient evidence to support the claim; 2) Plaintiffs' request for multiple damages and attorneys' fees because a reasonable settlement offer was refused; 3) Plaintiffs' request for multiple damages because Plaintiffs produced insufficient evidence to prove any M.G.L. c. 93A violation was willful or knowing; and 4) Plaintiffs' request for declaratory relief because it is derivative of Plaintiffs' unsupported M.G.L. c. 93A claim.

-1-

Defendants submit this Motion in an effort to achieve early resolution of this case and conserve judicial resources.  Defendants reserve the right to file future motions for summary judgment on other issues if this Motion is denied.

## REQUEST FOR ORAL ARGUMENT

Defendants GREP Atlantic, LLC and Eddy Owner, LLC respectfully request oral argument on this motion.

Dated: June 17, 2026

Respectfully submitted,

**GREP ATLANTIC, LLC AND
EDDY OWNER, L.L.C.**

By their attorneys,

*/s/ Brandon L. Arber*
Brandon L. Arber (BBO# 676425)
Mary K. Groves (BBO# 716047)
Bryan J. Thompson (BBO# 705939)
SHOOK, HARDY & BACON L.L.P.
One Federal Street, Suite 2620
Boston, MA 02110
Telephone: (617) 531-1411
Facsimile: (617) 531-1602
barber@shb.com
mgroves@shb.com
bjthompson@shb.com

Ara K. Ayvazian (*Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa St., Suite 2900
Tampa, FL 33602
Telephone: (813) 202-7100
Facsimile: (813) 221-8837
aayvazian@shb.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies that counsel for Defendants, Brandon L. Arber, conferred by email on June 15, 2026, with counsel for Plaintiffs, and they were unable to resolve or narrow the issues in dispute.

/s/ Brandon L. Arber
Brandon L. Arber

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on June 17, 2026.

/s/ Brandon L. Arber
Brandon L. Arber

-3-