**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SHAUN CORDEIRO and KEVIN MATLOCK, *individually and on behalf of all others similarly situated*,<br><br><br>Plaintiffs,<br><br><br> v.<br><br>GREP ATLANTIC, LLC, and EDDY OWNER, L.L.C.<br><br><br>Defendants. | CASE NO.: 1:23-CV-12901-AK |

**DEFENDANT/COUNTER-PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIM**

Defendant/Counter-Plaintiff Eddy Owner, L.L.C. ("the Eddy") moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. The undisputed evidence demonstrates that Plaintiffs/Counter-Defendants Shaun Cordeiro and Kevin Matlack materially breached their lease agreement by failing to pay rent and other charges due under the contract. The governing lease agreement expressly required timely monthly rent payments, and made tenants jointly and severally liable for all obligations under the lease. Counter-Defendants vacated the premises owing more than $8,000 in unpaid charges, leaving a final outstanding balance of over $5,000, even after the application of their security deposit and accrued interest. It is further undisputed that Counter-Defendants have not paid that balance. For these reasons and the reasons set forth in

the attached memorandum, the Court should grant summary judgment in the Eddy's favor as to its Counterclaim.

The Eddy submits this Motion in an effort to achieve early resolution of this case and conserve judicial resources. The Eddy reserves the right to file future motions for summary judgment on other issues if this Motion is denied.

The Eddy respectfully requests that the Court (1) grant summary judgment in favor of the Eddy on its Counterclaim, and (2) enter judgment against the Plaintiffs in the amount of $5,142.65, plus applicable interest, costs, and reasonable attorney's fees to be determined.

### REQUEST FOR ORAL ARGUMENT

Defendant Eddy Owner, L.L.C. respectfully requests oral argument on this motion.

Dated: June 17, 2026                             Respectfully submitted,

**EDDY OWNER, L.L.C.**

By its attorneys,

*/s/ Brandon L. Arber*
Brandon L. Arber (BBO# 676425)
Mary K. Groves (BBO# 716047)
SHOOK, HARDY & BACON L.L.P.
One Federal Street, Suite 2620
Boston, MA 02110
Telephone: (617) 531-1411
Facsimile: (617) 531-1602
barber@shb.com
mgroves@shb.com

Ara K. Ayvazian (*Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa St., Suite 2900
Tampa, FL 33602
Telephone: (813) 202-7100
Facsimile: (813) 221-8837
aayvazian@shb.com

2

**<u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)</u>**

The undersigned hereby certifies that counsel for Defendant, Brandon L. Arber, conferred by email on June 15, 2026 with counsel for Plaintiffs, and they were unable to resolve or narrow the issues in dispute.

*/s/ Brandon L. Arber*
Brandon L. Arber

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on June 17, 2026.

*/s/ Brandon L. Arber*
Brandon L. Arber