IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| **SHAUN CORDEIRO** and **KEVIN MATLOCK**, *individually and on behalf of all others similarly situated*, | ) ) ) ) | **CASE NO.:** 1:23-CV-12901-AK |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MOTION FOR** <u>**CLASS CERTIFICATION**</u> |
| **GREP ATLANTIC, LLC, and EDDY OWNER, L.L.C.** | ) ) ) ) | |
| Defendants. | | |

Plaintiffs Shaun Cordeiro and Kevin Matlock ("Plaintiffs"), by and through their counsel,

hereby move this Court, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), for an Order certifying the

following Class:

> All persons who, from November 29, 2019 through the date this Court enters an
> order on class certification, were tenants of a residential rental property in
> Massachusetts managed by Greystar and were charged and paid Legal Fees
> Greystar posted to a tenant's ledger that were not awarded by a court. Excluded are
> any persons, and any charges, to the extent the fees or costs were the subject of an
> agreement for judgment in which the person agreed to pay them.[1]

Excluded from the Classe is: (a) any Judge or Magistrate presiding over this action and

members of their families; (b) GREP Atlantic, LLC and any entity which GREP Atlantic, LLC has

---

[1] The class definition proposed is refined from that pleaded in the Amended Complaint (ECF No. 13 ¶ 50) to (i) reach all attorney's fees and court costs (rather than only "Eviction or Legal Recovery" fees) and (ii) expressly exclude tenants who signed an agreement for judgment agreeing to pay both attorney's fees and court costs. See *Manning v. Bos. Med. Ctr. Corp.*, 725 F.3d 34, 60 (1st Cir. 2013) (district court has "many tools at its disposal to address concerns regarding the appropriate contours of the putative class, including redefining the class during the certification process or creating subclasses"); *Bartok v. Hometown Am., LLC*, No. 21-10790-LTS, 2026 WL 92831, at *9 (D. Mass. Jan. 8, 2026).

a controlling interest, or which has a controlling interest in GREP Atlantic, LLC and all legal representatives; and (c) all persons who properly execute and file a timely request for exclusion.

The grounds for this motion are set forth in the accompanying memorandum of law, depositions, and attached exhibits, which makes clear the provisions of Fed. R. Civ. P. 23 have been satisfied, and that certification of the proposed Classes are appropriate and warranted.

Plaintiffs respectfully request that the Court grant their motion and enter an order granting certifying the Class, appointing undersigned counsel as Class Counsel, and appointing the named Plaintiffs as Class Representatives.

Pursuant to LR 7.3(c)(1), Plaintiffs also requests oral argument to fully address the complex legal and factual issues discussed within the attached Class Certification memorandum.

Date: June 17, 2026.

Respectfully submitted,

*/s/ Scott C. Harris*
Scott C. Harris (BBO #714774)
BRYSON HARRIS SUCIU & DEMAY, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@brysonpllc.com

Edward Maginnis (admitted PHV)
MAGINNIS HOWARD
7706 Six Forks Rd., Ste. 101
Raleigh, North Carolina 27615
Telephone: (919) 526-0450
emaginnis@carolinalaw.com

Sean M.F. Ahern (BBO #698446)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130

Telephone: (617) 384-0071
sahern@law.harvard.edu

Courtney Libon (BBO #703004)
Kristen Bor-Zale (BBO #705154)
GREATER BOSTON LEGAL SERVICES
197 Friend Street
Boston, MA 02114
Telephone: (617) 371-1234
CLibon@gbls.org
KBorZale@gbls.org

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR CLASS CERTIFICATION has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of the filing to all parties of record.

Date: June 17, 2026.

>           */s/ Scott C. Harris*
>           Scott C. Harris
>           BRYSON HARRIS SUCIU & DEMAY, PLLC