# Exhibit D

**EXHIBIT**

**5**

exhibitsticker.com

| OneSite Rents v3.0 | OneSite Reports - The Eddy | Page 1 of 8 |
|---|---|---|
| 01/24/2024 | **ACCOUNTING (INTERNAL) LEDGER** | res-370-002 |
| | 01/01/2022 through 01/24/2024 | |

Parameters: Show transactions beginning - 01/01/2022 Select Status - All;  Ledger Type - Accounting; SubJournals - ALL;

| Personal Info | Lease Info | Scheduled Billing | Ledger Info |
|---|---|---|---|
| **Name:** Shaun Cordeiro, Kevin Matlack | **Market Rent:** 3,288.00 | **Lease Rent:** 3,200.00 | **Previous Balance:** 0.00 |
| | **Move-In:** 09/13/2022 **Lease Begin:** 09/13/2022 | **Other Charges:** 299.00 **Other Credits:** 0.00 | **Charges:** 83,242.84 **Payments:** 68,505.22 |
| **Bldg/Unit:** 1010 **Status:** Current resident | **Lease End:** 03/12/2024 **Move-Out:** | | **Credits:** 11,685.17 **Current Balance:** 3,052.45 |
| **Contact Info:** | **Notice Given:** 01/12/2024 | | |
| (M) +16179979222 | **Notice For:** 03/12/2024 | | **Deposits On Hand:** 3,200.00 **Deposits Due:** (3,200.00) |
| **email:** shaunmcordeiro@gmail.com | | | |

**Ledger Detail**

| Date | Period | Ctrl # | Bldg/Unit | Transaction Code | Description | User | Source | Journal | Document # | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Balance Forwarded:** | | | **0.00** |
| 04/01/2022 | 042022 | | 509 | PS - DEPAPPLIED | Apply Deposit To Charges Due | KAgustin | M | | | | 500.00 | (500.00) |
| 04/01/2022 | 042022 | 403 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment  -- Shaun Cordeiro | admin5 | Z | | NCHBV0MNLA8 | | 3,345.70 | (3,845.70) |
| 04/01/2022 | 042022 | 403 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment  -- Shaun Cordeiro 4/2/2022 | admin5 | Z | | BTSDV0MNLA8 | | 3,100.00 | (6,945.70) |
| 04/04/2022 | 042022 | 920 | 509 | PZ - PMTMOVE | Payment (PMTOPACH) moved to Deposit ledger | KAgustin | L | | NCHBV0MNLA8 | | (3,345.70) | (3,600.00) |
| 04/04/2022 | 042022 | 920 | 509 | PZ - PMTMOVE | Payment (PMTOPACH) moved to Deposit ledger | KAgustin | L | | BTSDV0MNLA8 | | (283.30) | (3,316.70) |
| 04/04/2022 | 042022 | | 509 | CA - RENT | Base Rent | KAgustin | P | | | 3,845.70 | | 529.00 |
| 04/07/2022 | 042022 | 413 | 509 | PZ - PMTOPACH | Move-In Final Payment | admin5 | Z | | HPCLW0MNLA8 | | 529.00 | 0.00 |
| 05/01/2022 | 052022 | | 509 | PW - CONC/UP | Upfront Lease Concession - 1 month off | KAgustin | A | | | | 4,273.00 | (4,273.00) |
| 05/01/2022 | 052022 | | 509 | CA - RENT | Base Rent | KAgustin | A | | | 4,273.00 | | 0.00 |
| 05/10/2022 | 052022 | | 509 | CL - GARAGE | 2-21 | KAgustin | A | | | 141.23 | | 141.23 |
| 06/01/2022 | 062022 | | 509 | CK - WATER/RESIDENT | WATER/RESIDENT 04/04/2022 - 04/09/2022 (6/1/2022) | admin5 | X | | 949950844167982070 | 13.16 | | 154.39 |
| 06/01/2022 | 062022 | | 509 | PW - CONC/UP | Upfront Lease Concession - 2nd month off | DPrice26 | A | | | | 4,273.00 | (4,118.61) |
| 06/01/2022 | 062022 | | 509 | CL - GARAGE | 2-21 | DPrice26 | A | | | 199.00 | | (3,919.61) |
| 06/01/2022 | 062022 | | 509 | CA - RENT | Base Rent | DPrice26 | A | | | 4,273.00 | | 353.39 |
| 06/01/2022 | 062022 | 402 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment  -- Shaun Cordeiro | admin5 | Z | | WFY7VGSNL10 | | 141.23 | 212.16 |
| 06/01/2022 | 062022 | | 509 | CL - GARAGE | Reverse Give Notice | KAgustin | C | | | (199.00) | | 13.16 |
| 06/10/2022 | 062022 | 421 | 509 | PZ - PMTOPACH | July Rent | admin5 | Z | | HPQBXGSNLA4 | | 1,500.00 | (1,486.84) |
| 06/13/2022 | 062022 | 998 | 509 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | | HPQBXGSNLA4 | | (1,500.00) | 13.16 |
| 06/13/2022 | 062022 | | 509 | CC - NSFFEE | NSF Fee: Cordeiro, ShaunHPQBXGSNLA4 | admin5 | S | | | 100.00 | | 113.16 |
| 06/13/2022 | 062022 | | 509 | CC - NSFFEE | waived 1st time | KAgustin | C | | | (100.00) | | 13.16 |
| 06/21/2022 | 062022 | 437 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment  -- Shaun Cordeiro 6/22/2022 | admin5 | Z | | 6BX6GWWNL18 | | 2,400.00 | (2,386.84) |
| 06/21/2022 | 062022 | | 509 | CL - GARAGE | 2-21 | KAgustin | P | | | 199.00 | | (2,187.84) |
| 06/21/2022 | 062022 | | 509 | CL - GARAGE | Did not use | KAgustin | C | | | (199.00) | | (2,386.84) |
| 06/24/2022 | 062022 | 998 | 509 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | | 6BX6GWWNL18 | | (2,400.00) | 13.16 |
| 06/24/2022 | 062022 | | 509 | CC - NSFFEE | NSF Fee: Cordeiro, Shaun6BX6GWWNL18 | admin5 | S | | | 100.00 | | 113.16 |
| 06/24/2022 | 062022 | | 509 | CC - NSFFEE | Waived fee | KAgustin | C | | | (100.00) | | 13.16 |

GREP-000132

**OneSite Reports - The Eddy**

**ACCOUNTING (INTERNAL) LEDGER**

01/01/2022 through 01/24/2024

Parameters: Show transactions beginning - 01/01/2022 Select Status - All; Ledger Type - Accounting; SubJournals - ALL;

| Date | Period | Ref | Unit | Code | Description | User | Type | Check | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/2022 | 062022 | 449 | 509 | PZ - PMTOPCARD | WelcomeHome card payment -- Shaun Cordeiro | admin5 | Z | KQJ0HWWN LA2 | | 3,500.00 | (3,486.84) |
| 06/29/2022 | 062022 | | 509 | PW - CONC/UP | (4) days no heat pump and no A/C | DPrice26 | M | | | 551.35 | (4,038.19) |
| 07/01/2022 | 072022 | | 509 | CK - WATER/RESIDENT | WATER/RESIDENT 04/10/2022 - 05/09/2022 (7/1/2022) | admin5 | X | 95065928316 7982070 | 81.18 | | (3,957.01) |
| 07/01/2022 | 072022 | | 509 | CA - RENT | Base Rent | KAgustin | A | | 4,273.00 | | 315.99 |
| 07/03/2022 | 072022 | 403 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | 05CKJWWN LA3 | | 315.99 | 0.00 |
| 07/08/2022 | 072022 | 998 | 509 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | 05CKJWWN LA3 | | (315.99) | 315.99 |
| 07/08/2022 | 072022 | | 509 | CC - NSFFEE | NSF Fee: Cordeiro, Shaun05CKJWWNLA3 | admin5 | S | | 100.00 | | 415.99 |
| 07/12/2022 | 072022 | | 509 | CH - TRANSFER | Transfer Fee | DPrice26 | T | | 1,000.00 | | 1,415.99 |
| 07/12/2022 | 072022 | | 509 | CH - TRANSFER | waiving per agreement with resident | DPrice26 | C | | (1,000.00) | | 415.99 |
| 07/19/2022 | 072022 | 435 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | LXYG3MZNL A4 | | 415.99 | 0.00 |
| 08/01/2022 | 082022 | | 509 | CK - WATER/RESIDENT | WATER/RESIDENT 05/10/2022 - 06/11/2022 (8/1/2022) | admin5 | X | 95144161216 7982070 | 97.59 | | 97.59 |
| 08/01/2022 | 082022 | | 509 | CA - RENT | Base Rent | DPrice26 | A | | 4,273.00 | | 4,370.59 |
| 08/06/2022 | 082022 | 416 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | ZCY73YZNL A8 | | 1,000.00 | 3,370.59 |
| 08/08/2022 | 082022 | 419 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | KYWK3YZN LA8 | | 1,000.00 | 2,370.59 |
| 08/09/2022 | 082022 | | 509 | PW - CONC/UP | Water Taxi (x4 - 1 ways) | KAgustin | M | | | 52.00 | 2,318.59 |
| 08/09/2022 | 082022 | | 509 | PW - CONC/UP | Water Taxi (x4 - 1 way) | KAgustin | M | | | 32.00 | 2,286.59 |
| 08/13/2022 | 082022 | 427 | 509 | PZ - PMTOPACH | Kevin August | admin5 | Z | XT62BMZNL A7 | | 500.00 | 1,786.59 |
| 08/14/2022 | 082022 | 427 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro 8/15/2022 | admin5 | Z | 5KF5M40PLA 1 | | 500.00 | 1,286.59 |
| 08/17/2022 | 082022 | 429 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | F20VBMZNL A7 | | 650.00 | 636.59 |
| 08/25/2022 | 082022 | 438 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | 173WJ03PLA 3 | | 400.00 | 236.59 |
| 08/27/2022 | 082022 | 441 | 509 | PZ - PMTOPACH | August Final Payment | admin5 | Z | LMR6K03PL A3 | | 250.00 | (13.41) |
| 09/01/2022 | 092022 | | 509 | CK - WATER/RESIDENT | WATER/RESIDENT 06/12/2022 - 07/07/2022 (9/1/2022) | admin5 | X | 95212159916 7982070 | 69.37 | | 55.96 |
| 09/01/2022 | 092022 | | 509 | CA - RENT | Base Rent | DPrice26 | A | | 4,273.00 | | 4,328.96 |
| 09/01/2022 | 092022 | | 509 | CA - RENT | Move Out Credit | DPrice26 | E | | (3,133.53) | | 1,195.43 |
| 09/01/2022 | 092022 | | 509 | CA - RENT | Changed by Autobill | KAgustin | C | | 3,133.53 | | 4,328.96 |
| 09/01/2022 | 092022 | | 509 | CA - RENT | transferring units on 9/13 | DPrice26 | C | | (4,273.00) | | 55.96 |
| 09/01/2022 | 092022 | | 509 | CA - RENT | Base Rent- unit 509 9/1/22-9/13/22 | DPrice26 | A | | 1,851.63 | | 1,907.59 |
| 09/02/2022 | 092022 | 405 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro 9/3/2022 | admin5 | Z | GCBHM03PL A1 | | 1,600.00 | 307.59 |
| 09/08/2022 | 092022 | 998 | 509 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | GCBHM03PL A1 | | (1,600.00) | 1,907.59 |
| 09/08/2022 | 092022 | | 509 | CC - NSFFEE | NSF Fee: Cordeiro, ShaunGCBHM03PLA1 | admin5 | S | | 100.00 | | 2,007.59 |
| 09/09/2022 | 092022 | | 509 | PS - DEPAPPLIED | Apply Deposit To Charges Due | DPrice26 | M | | | 429.00 | 1,578.59 |
| 09/09/2022 | 092022 | | 509 | CA - RENT | Move-out Credit | DPrice26 | E | | (2,421.37) | | (842.78) |

GREP-000133

OneSite Rents v3.0       **OneSite Reports - The Eddy**       Page 3 of 8

01/24/2024       **ACCOUNTING (INTERNAL) LEDGER**       res-370-002

01/01/2022 through 01/24/2024

Parameters: Show transactions beginning - 01/01/2022 Select Status - All; Ledger Type - Accounting; SubJournals - ALL;

| Date | Period | Ref | Unit | Code | Description | User | Type | Check# | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | 092022 | | 509 | CA - RENT | Changed by Autobill | DPrice26 | C | | 2,421.37 | | 1,578.59 |
| 09/10/2022 | 092022 | | 509 | CA - RENT | Move-out Credit | DPrice26 | E | | (2,421.37) | | (842.78) |
| 09/10/2022 | 092022 | | 509 | CA - RENT | incorrect amount posted | DPrice26 | C | | 2,421.37 | | 1,578.59 |
| 09/10/2022 | 092022 | | 509 | CA - RENT | Base Rent - unit 1010 9/14/22-9/30/22 | DPrice26 | M | | 1,813.33 | | 3,391.92 |
| 09/12/2022 | 092022 | | 509 | CL - GARAGE | 2-21 | KAgustin | A | | 126.03 | | 3,517.95 |
| 09/12/2022 | 092022 | | 509 | CL - GARAGE | Move Out Credit | KAgustin | E | | (112.76) | | 3,405.19 |
| 09/12/2022 | 092022 | | 509 | CL - GARAGE | Reverse Give Notice | KAgustin | C | | (126.03) | | 3,279.16 |
| 09/12/2022 | 092022 | | 509 | CL - GARAGE | Adjusting ledger due to transfer | KAgustin | C | | 112.76 | | 3,391.92 |
| 09/13/2022 | 092022 | | 509 | CL - GARAGE | 2-21 | KAgustin | P | | 79.60 | | 3,471.52 |
| 09/13/2022 | 092022 | | 1010 | CL - GARAGE | 2-21 | KAgustin | A | | 6.63 | | 3,478.15 |
| 09/13/2022 | 092022 | | 1010 | CL - STORAGE | 34 | KAgustin | A | | 1.67 | | 3,479.82 |
| 09/13/2022 | 092022 | | 1010 | CL - STORAGE | 35 | KAgustin | A | | 1.67 | | 3,481.49 |
| 09/13/2022 | 092022 | | 1010 | CA - RENT | Base Rent | KAgustin | A | | 1,920.00 | | 5,401.49 |
| 09/13/2022 | 092022 | | 1010 | CA - RENT | Adjusting ledger due to transfer | KAgustin | C | | (1,920.00) | | 3,481.49 |
| 09/13/2022 | 092022 | | 1010 | CL - STORAGE | Adjusting ledger due to transfer | KAgustin | C | | (1.67) | | 3,479.82 |
| 09/13/2022 | 092022 | | 1010 | CL - STORAGE | Adjusting ledger due to transfer | KAgustin | C | | (1.67) | | 3,478.15 |
| 09/13/2022 | 092022 | | 1010 | CL - GARAGE | Adjusting ledger due to transfer | KAgustin | C | | (6.63) | | 3,471.52 |
| 09/13/2022 | 092022 | | 509 | CL - GARAGE | Adjusting ledger due to transfer | KAgustin | C | | (79.60) | | 3,391.92 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | 34 | KAgustin | A | | 23.33 | | 3,415.25 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | Move Out Credit | KAgustin | E | | (23.33) | | 3,391.92 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | 35 | KAgustin | A | | 23.33 | | 3,415.25 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | Move Out Credit | KAgustin | E | | (23.33) | | 3,391.92 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | Adjusting ledger due to transfer | KAgustin | C | | 23.33 | | 3,415.25 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | Adjusting ledger due to transfer | KAgustin | C | | (23.33) | | 3,391.92 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | Adjusting ledger due to transfer | KAgustin | C | | 23.33 | | 3,415.25 |
| 09/17/2022 | 092022 | | 509 | CL - STORAGE | Adjusting ledger due to transfer | KAgustin | C | | (23.33) | | 3,391.92 |
| 09/22/2022 | 092022 | 430 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | GW5DWQ5PLA2 | | 1,000.00 | 2,391.92 |
| 09/23/2022 | 092022 | 431 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | ZWJGVQ5PLA4 | | 1,000.00 | 1,391.92 |
| 09/25/2022 | 092022 | 433 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | JWKXWQ5PLA2 | | 801.57 | 590.35 |
| 09/26/2022 | 092022 | 433 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | 89R3XQ5PLA2 | | 590.35 | 0.00 |
| 09/30/2022 | 092022 | | 509 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (1,813.33) | 1,813.33 |
| 09/30/2022 | 092022 | | 509 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (1,813.33) | | 0.00 |
| 09/30/2022 | 092022 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 111.00 | | 111.00 |
| 09/30/2022 | 092022 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 111.00 | 0.00 |
| 09/30/2022 | 092022 | | 509 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (142.43) | 142.43 |
| 09/30/2022 | 092022 | | 509 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (142.43) | | 0.00 |
| 09/30/2022 | 092022 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 1,920.00 | | 1,920.00 |
| 09/30/2022 | 092022 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 1,920.00 | 0.00 |
| 10/01/2022 | 102022 | | 509 | CK - WATER/RESIDENT | WATER/RESIDENT 07/08/2022 - 08/02/2022 (10/1/2022) | admin5 | X | 952871129167982070 | 71.54 | | 71.54 |
| 10/01/2022 | 102022 | | 1010 | CL - STORAGE | 34 | CMazraani | A | | 50.00 | | 121.54 |
| 10/01/2022 | 102022 | | 1010 | CL - STORAGE | 35 | CMazraani | A | | 50.00 | | 171.54 |

<span style="color:red">GREP-000134</span>

OneSite Rents v3.0

01/24/2024

**OneSite Reports - The Eddy**

**ACCOUNTING (INTERNAL) LEDGER**

01/01/2022 through 01/24/2024

Page 4 of 8

res-370-002

Parameters: Show transactions beginning - 01/01/2022 Select Status - All; Ledger Type - Accounting; SubJournals - ALL;

| Date | Period | Ref | Acct | Code | Description | Name | St | Reference | Debit | Credit | Balance |
|------|--------|-----|------|------|-------------|------|----|-----------|-------|--------|---------|
| 10/01/2022 | 102022 | | 1010 | CA - RENT | Base Rent | CMazraani | A | | 3,200.00 | | 3,371.54 |
| 10/02/2022 | 102022 | 403 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro 10/3/2022 | admin5 | Z | HD8HYQ5PLA4 | | 2,062.93 | 1,308.61 |
| 10/19/2022 | 102022 | 429 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | MDXXMG8PLA7 | | 1,308.61 | 0.00 |
| 10/24/2022 | 102022 | 998 | 1010 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | MDXXMG8PLA7 | | (1,308.61) | 1,308.61 |
| 10/24/2022 | 102022 | | 1010 | CC - NSFFEE | NSF Fee: Cordeiro, ShaunMDXXMG8PLA7 | admin5 | S | | 100.00 | | 1,408.61 |
| 10/31/2022 | 102022 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 185.00 | | 1,593.61 |
| 10/31/2022 | 102022 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 185.00 | 1,408.61 |
| 11/01/2022 | 112022 | | 509 | CK - WATER/RESIDENT | WATER/RESIDENT 08/03/2022 - 08/31/2022 (11/1/2022) | admin5 | X | 953627002167982070 | 82.82 | | 1,491.43 |
| 11/01/2022 | 112022 | | 1010 | CL - STORAGE | 34 | DPrice26 | A | | 50.00 | | 1,541.43 |
| 11/01/2022 | 112022 | | 1010 | CL - STORAGE | 35 | DPrice26 | A | | 50.00 | | 1,591.43 |
| 11/01/2022 | 112022 | | 1010 | CA - RENT | Base Rent | DPrice26 | A | | 3,200.00 | | 4,791.43 |
| 11/09/2022 | 112022 | 419 | 1010 | PZ - PMTOPIRD | Check Scan - Shaun Cordeiro | admin5 | Z | 0030025595 | | 1,309.00 | 3,482.43 |
| 11/30/2022 | 112022 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 185.00 | | 3,667.43 |
| 11/30/2022 | 112022 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 185.00 | 3,482.43 |
| 12/01/2022 | 122022 | | 509 | CK - ELEC/RESIDENT | ELEC/RESIDENT 09/13/2022 - 09/27/2022 (12/1/2022) | admin5 | X | 9545147611820 | 105.20 | | 3,587.63 |
| 12/01/2022 | 122022 | | 509 | CK - WATER/RESIDENT | WATER/RESIDENT 09/01/2022 - 09/26/2022 (12/1/2022) | admin5 | X | 954514761167982070 | 41.40 | | 3,629.03 |
| 12/01/2022 | 122022 | | 1010 | CL - STORAGE | 34 | KAgustin | A | | 50.00 | | 3,679.03 |
| 12/01/2022 | 122022 | | 1010 | CL - STORAGE | 35 | KAgustin | A | | 50.00 | | 3,729.03 |
| 12/01/2022 | 122022 | | 1010 | CA - RENT | Base Rent | KAgustin | A | | 3,200.00 | | 6,929.03 |
| 12/01/2022 | 012023 | | 509 | CK - ELEC/RESIDENT | electric account already set up via Eversourse and bill paid by tenant | DPrice26 | C | 9545147611820 | (105.20) | | 6,823.83 |
| 12/06/2022 | 122022 | 411 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | YMVS66CPLA2 | | 500.00 | 6,323.83 |
| 12/31/2022 | 122022 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 185.00 | | 6,508.83 |
| 12/31/2022 | 122022 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 185.00 | 6,323.83 |
| 01/01/2023 | 012023 | | 1010 | CL - STORAGE | 34 | DPrice26 | A | | 50.00 | | 6,373.83 |
| 01/01/2023 | 012023 | | 1010 | CL - STORAGE | 35 | DPrice26 | A | | 50.00 | | 6,423.83 |
| 01/01/2023 | 012023 | | 1010 | CL - GARAGE | 2-21 | DPrice26 | A | | 199.00 | | 6,622.83 |
| 01/01/2023 | 012023 | | 1010 | CA - RENT | Base Rent | DPrice26 | A | | 3,200.00 | | 9,822.83 |
| 01/17/2023 | 012023 | 1 | 1010 | PZ - PMTGOV | Payment By Government Subsidy - Cordeiro | DPrice26 | M | 626029771 | | 6,429.03 | 3,393.80 |
| 01/25/2023 | 012023 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 185.00 | | 3,578.80 |
| 01/25/2023 | 012023 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 185.00 | 3,393.80 |
| 02/01/2023 | 022023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 10/27/2022 - 11/28/2022 (2/1/2023) | admin5 | X | 955923046167982070 | 51.79 | | 3,445.59 |
| 02/01/2023 | 022023 | | 1010 | CL - STORAGE | 34 | DPrice26 | A | | 50.00 | | 3,495.59 |
| 02/01/2023 | 022023 | | 1010 | CL - STORAGE | 35 | DPrice26 | A | | 50.00 | | 3,545.59 |
| 02/01/2023 | 022023 | | 1010 | CL - GARAGE | 2-21 | DPrice26 | A | | 199.00 | | 3,744.59 |
| 02/01/2023 | 022023 | | 1010 | CA - RENT | Base Rent | DPrice26 | A | | 3,200.00 | | 6,944.59 |
| 02/11/2023 | 022023 | 426 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | P5JBJ0LPLA4 | | 500.00 | 6,444.59 |
| 02/15/2023 | 022023 | 434 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | QSTTX9NPLA5 | | 508.00 | 5,936.59 |
| 02/21/2023 | 022023 | 442 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | BM3T5RNPLA4 | | 298.00 | 5,638.59 |
| 02/24/2023 | 022023 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 185.00 | | 5,823.59 |

GREP-000135

# ACCOUNTING (INTERNAL) LEDGER

01/01/2022 through 01/24/2024

<u>Parameters:</u> Show transactions beginning - 01/01/2022 Select Status - All; Ledger Type - Accounting; SubJournals - ALL;

| Date | Period | Ref | Acct | Code | Description | Name | Type | Ref# | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2023 | 022023 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 185.00 | 5,638.59 |
| 02/25/2023 | 032023 | 402 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | F26STQNPLA5 | | 498.00 | 5,140.59 |
| 03/01/2023 | 032023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 11/29/2022 - 12/27/2022 (3/1/2023) | admin5 | X | 956668439167982070 | 60.91 | | 5,201.50 |
| 03/01/2023 | 032023 | | 1010 | CL - STORAGE | 34 | KAgustin | A | | 50.00 | | 5,251.50 |
| 03/01/2023 | 032023 | | 1010 | CL - STORAGE | 35 | KAgustin | A | | 50.00 | | 5,301.50 |
| 03/01/2023 | 032023 | | 1010 | CL - GARAGE | 2-21 | KAgustin | A | | 199.00 | | 5,500.50 |
| 03/01/2023 | 032023 | | 1010 | CA - RENT | Base Rent | KAgustin | A | | 3,200.00 | | 8,700.50 |
| 03/01/2023 | 032023 | | 1010 | CL - GARAGE | Reverse Give Notice | KAgustin | C | | (199.00) | | 8,501.50 |
| 03/04/2023 | 032023 | 413 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | KRYD9RNPLA4 | | 2,980.00 | 5,521.50 |
| 03/05/2023 | 032023 | 413 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | 9DQKXQNPLA3 | | 500.00 | 5,021.50 |
| 03/06/2023 | 032023 | 418 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | DSQSXQNPLA3 | | 1,000.00 | 4,021.50 |
| 03/08/2023 | 032023 | | 1010 | CL - GARAGE | 2-21 | KAgustin | P | | 51.35 | | 4,072.85 |
| 03/08/2023 | 032023 | | 1010 | CL - GARAGE | Removed parking | KAgustin | C | | (51.35) | | 4,021.50 |
| 03/08/2023 | 032023 | 423 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | 0CVHYQNPLA2 | | 530.00 | 3,491.50 |
| 03/11/2023 | 032023 | 430 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro 3/12/2023 | admin5 | Z | VGL7ZQNPLA2 | | 131.00 | 3,360.50 |
| 03/20/2023 | 032023 | | 1010 | CH - EVICTION | Eviction/Legal Recovery - Cordeiro | KAgustin | M | | 477.00 | | 3,837.50 |
| 03/23/2023 | 032023 | 446 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | CHXNFRNPLA4 | | 300.00 | 3,537.50 |
| 03/24/2023 | 032023 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 185.00 | | 3,722.50 |
| 03/24/2023 | 032023 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 185.00 | 3,537.50 |
| 03/31/2023 | 042023 | 411 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | Q92ZL4SPLA2 | | 45.00 | 3,492.50 |
| 04/01/2023 | 042023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 12/28/2022 - 01/25/2023 (4/1/2023) | admin5 | X | 957439164167982070 | 61.72 | | 3,554.22 |
| 04/01/2023 | 042023 | | 1010 | CL - STORAGE | 34 | CMazraani | A | | 50.00 | | 3,604.22 |
| 04/01/2023 | 042023 | | 1010 | CL - STORAGE | 35 | CMazraani | A | | 50.00 | | 3,654.22 |
| 04/01/2023 | 042023 | | 1010 | CL - GARAGE | 2-21 | CMazraani | A | | 199.00 | | 3,853.22 |
| 04/01/2023 | 042023 | | 1010 | CA - RENT | Base Rent | CMazraani | A | | 3,200.00 | | 7,053.22 |
| 04/05/2023 | 042023 | 423 | 1010 | PZ - PMTOPCARD | WelcomeHome card payment -- Shaun Cordeiro | admin5 | Z | GVKYN4SPLA8 | | 2,375.00 | 4,678.22 |
| 04/20/2023 | 042023 | 446 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | F2MV66VPLA7 | | 1,300.00 | 3,378.22 |
| 04/25/2023 | 042023 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 385.00 | | 3,763.22 |
| 04/25/2023 | 042023 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 385.00 | 3,378.22 |
| 05/01/2023 | 052023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 01/26/2023 - 02/27/2023 (5/1/2023) | admin5 | X | 958201445167982070 | 61.89 | | 3,440.11 |
| 05/01/2023 | 052023 | | 1010 | CL - STORAGE | 34 | DPrice26 | A | | 50.00 | | 3,490.11 |
| 05/01/2023 | 052023 | | 1010 | CL - STORAGE | 35 | DPrice26 | A | | 50.00 | | 3,540.11 |
| 05/01/2023 | 052023 | | 1010 | CL - GARAGE | 2-21 | DPrice26 | A | | 199.00 | | 3,739.11 |
| 05/01/2023 | 052023 | | 1010 | CA - RENT | Base Rent | DPrice26 | A | | 3,200.00 | | 6,939.11 |
| 05/01/2023 | 052023 | | 1010 | CH - EVICTION | Eviction/Legal Recovery - Cordeiro | MColindres | M | | 175.00 | | 7,114.11 |
| 05/11/2023 | 052023 | 431 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | PH4BD6VPLA8 | | 2,500.00 | 4,614.11 |
| 05/13/2023 | 052023 | 434 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | ZVF1D6VPLA5 | | 1,118.00 | 3,496.11 |
| 05/18/2023 | 052023 | 438 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | WHRBF6VPLA2 | | 1,300.00 | 2,196.11 |
| 05/18/2023 | 052023 | 438 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | ZNVNF6VPLA8 | | 1,544.11 | 652.00 |

GREP-000136

OneSite Rents v3.0

01/24/2024

**OneSite Reports - The Eddy**

**ACCOUNTING (INTERNAL) LEDGER**

01/01/2022 through 01/24/2024

Page 6 of 8

res-370-002

**Parameters:** Show transactions beginning - 01/01/2022 Select Status - All; Ledger Type - Accounting; SubJournals - ALL;

| Date | Period | Ref | Acct | Code | Description | User | Type | Doc | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/2023 | 052023 | 445 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | 0X4SF6VPLA1 | | 165.00 | 487.00 |
| 05/25/2023 | 052023 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | 385.00 | | 872.00 |
| 05/25/2023 | 052023 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | 385.00 | 487.00 |
| 05/25/2023 | 052023 | | 1010 | PX - LTOL | Loss To Lease In Force | jbrink | F | | | (385.00) | 872.00 |
| 05/25/2023 | 052023 | | 1010 | CA - LTOR | Loss To Lease In Force | jbrink | F | | (385.00) | | 487.00 |
| 05/25/2023 | 052023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | 552.00 |
| 05/25/2023 | 052023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | 487.00 |
| 05/31/2023 | 062023 | 406 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro 6/1/2023 | admin5 | Z | NYVRNLYPLA3 | | 529.35 | (42.35) |
| 06/01/2023 | 062023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 02/28/2023 - 03/27/2023 (6/1/2023) | admin5 | X | 958935311167982070 | 42.35 | | 0.00 |
| 06/01/2023 | 062023 | | 1010 | CL - STORAGE | 34 | DPrice26 | A | | 50.00 | | 50.00 |
| 06/01/2023 | 062023 | | 1010 | CL - STORAGE | 35 | DPrice26 | A | | 50.00 | | 100.00 |
| 06/01/2023 | 062023 | | 1010 | CL - GARAGE | 2-21 | DPrice26 | A | | 199.00 | | 299.00 |
| 06/01/2023 | 062023 | | 1010 | CA - RENT | Base Rent | DPrice26 | A | | 3,200.00 | | 3,499.00 |
| 06/23/2023 | 062023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | 3,564.00 |
| 06/23/2023 | 062023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | 3,499.00 |
| 07/01/2023 | 072023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 03/28/2023 - 04/24/2023 (7/1/2023) | admin5 | X | 959678746167982070 | 44.28 | | 3,543.28 |
| 07/01/2023 | 072023 | | 1010 | CL - GARAGE | 2-21 | DPrice26 | A | | 199.00 | | 3,742.28 |
| 07/01/2023 | 072023 | | 1010 | CL - STORAGE | 34 | DPrice26 | A | | 50.00 | | 3,792.28 |
| 07/01/2023 | 072023 | | 1010 | CL - STORAGE | 35 | DPrice26 | A | | 50.00 | | 3,842.28 |
| 07/01/2023 | 072023 | | 1010 | CA - RENT | Base Rent | DPrice26 | A | | 3,200.00 | | 7,042.28 |
| 07/05/2023 | 072023 | 1 | 1010 | PZ - PMTGOV | Payment By Government Subsidy - Cordeiro | DPrice26 | M | 2306270000016 | | 3,499.00 | 3,543.28 |
| 07/06/2023 | 072023 | 432 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro 7/7/2023 | admin5 | Z | 3R1JZH2QA03 | | 2,000.00 | 1,543.28 |
| 07/13/2023 | 072023 | 443 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | DZML3J2QA08 | | 1,543.28 | 0.00 |
| 07/25/2023 | 072023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | 65.00 |
| 07/25/2023 | 072023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | 0.00 |
| 07/31/2023 | 082023 | 407 | 509 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | OSPayments | Z | T793QQ4QA09 | | 71.11 | (71.11) |
| 08/01/2023 | 082023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 04/25/2023 - 05/29/2023 (8/1/2023) | admin5 | X | 960590778167982070 | 71.11 | | 0.00 |
| 08/01/2023 | 082023 | | 1010 | CL - GARAGE | 2-21 | MColindres | A | | 199.00 | | 199.00 |
| 08/01/2023 | 082023 | | 1010 | CL - STORAGE | 34 | MColindres | A | | 50.00 | | 249.00 |
| 08/01/2023 | 082023 | | 1010 | CL - STORAGE | 35 | MColindres | A | | 50.00 | | 299.00 |
| 08/01/2023 | 082023 | | 1010 | CA - RENT | Base Rent | MColindres | A | | 3,200.00 | | 3,499.00 |
| 08/04/2023 | 082023 | 415 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | 2Q9QRQ4QA03 | | 2,000.00 | 1,499.00 |
| 08/09/2023 | 082023 | 425 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro 8/10/2023 | admin5 | Z | 6J8SKC6QA01 | | 500.00 | 999.00 |
| 08/14/2023 | 082023 | 429 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | 902DLC6QA03 | | 999.00 | 0.00 |
| 08/24/2023 | 082023 | | 1010 | CH - EVICTION | Eviction/Legal Recovery - Cordeiro | MColindres | M | | 175.00 | | 175.00 |
| 08/24/2023 | 102023 | | 1010 | CH - EVICTION | per attorney | DRossetti | C | | (175.00) | | 0.00 |
| 08/25/2023 | 082023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | 65.00 |
| 08/25/2023 | 082023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | 0.00 |

GREP-000137

OneSite Rents v3.0

01/24/2024

**OneSite Reports - The Eddy**

**ACCOUNTING (INTERNAL) LEDGER**

01/01/2022 through 01/24/2024

Page 7 of 8

res-370-002

Parameters: Show transactions beginning - 01/01/2022 Select Status - All; Ledger Type - Accounting; SubJournals - ALL;

| Date | Period | Ref | Acct | Code | Description | User | Status | Reference | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2023 | 092023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 05/30/2023 - 06/27/2023 (9/1/2023) | admin5 | X | 961161317167982070 | 56.67 | | 56.67 |
| 09/01/2023 | 092023 | | 1010 | CL - GARAGE | 2-21 | MColindres | A | | 199.00 | | 255.67 |
| 09/01/2023 | 092023 | | 1010 | CL - STORAGE | 34 | MColindres | A | | 50.00 | | 305.67 |
| 09/01/2023 | 092023 | | 1010 | CL - STORAGE | 35 | MColindres | A | | 50.00 | | 355.67 |
| 09/01/2023 | 092023 | | 1010 | CA - RENT | Base Rent | MColindres | A | | 3,200.00 | | 3,555.67 |
| 09/06/2023 | 092023 | 421 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | SV9DB29QA03 | | 1,200.00 | 2,355.67 |
| 09/07/2023 | 092023 | 423 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | 0Q7LB29QA04 | | 1,500.00 | 855.67 |
| 09/08/2023 | 092023 | 423 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | 6D3RB29QA04 | | 855.67 | 0.00 |
| 09/15/2023 | 092023 | | 1010 | PY - IDEP | Interest On Deposit Held - Cordeiro | MColindres | M | | | 6.40 | (6.40) |
| 09/25/2023 | 092023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | 58.60 |
| 09/25/2023 | 092023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | (6.40) |
| 10/01/2023 | 102023 | | 1010 | CL - GARAGE | 2-21 | CMazraani | A | | 199.00 | | 192.60 |
| 10/01/2023 | 102023 | | 1010 | CL - STORAGE | 34 | CMazraani | A | | 50.00 | | 242.60 |
| 10/01/2023 | 102023 | | 1010 | CL - STORAGE | 35 | CMazraani | A | | 50.00 | | 292.60 |
| 10/01/2023 | 102023 | | 1010 | CA - RENT | Base Rent | CMazraani | A | | 3,200.00 | | 3,492.60 |
| 10/01/2023 | 102023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 06/28/2023 - 07/26/2023 (10/1/2023) | admin5 | X | 961924094167982070 | 55.58 | | 3,548.18 |
| 10/08/2023 | 102023 | 419 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | RGHGQCBQA05 | | 2,000.00 | 1,548.18 |
| 10/14/2023 | 102023 | 427 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | V67DRCBQA02 | | 228.31 | 1,319.87 |
| 10/14/2023 | 102023 | 427 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | LYZBRCBQA06 | | 100.00 | 1,219.87 |
| 10/18/2023 | 102023 | 431 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | V1DMSCBQA09 | | 896.18 | 323.69 |
| 10/18/2023 | 102023 | 431 | 1010 | PZ - PMTOPACH | WelcomeHome ACH payment -- Shaun Cordeiro | admin5 | Z | R093SCBQA07 | | 852.00 | (528.31) |
| 10/19/2023 | 102023 | 998 | 1010 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | V67DRCBQA02 | | (228.31) | (300.00) |
| 10/19/2023 | 102023 | | 1010 | CC - NSFFEE | NSF Fee: Cordeiro, ShaunV67DRCBQA02 | admin5 | S | | 100.00 | | (200.00) |
| 10/19/2023 | 102023 | 998 | 1010 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | LYZBRCBQA06 | | (100.00) | (100.00) |
| 10/19/2023 | 102023 | | 1010 | CC - NSFFEE | NSF Fee: Cordeiro, ShaunLYZBRCBQA06 | admin5 | S | | 100.00 | | 0.00 |
| 10/19/2023 | 112023 | | 1010 | CC - NSFFEE | AB error - funds pulled before scheduled pay date. | MColindres | C | | (100.00) | | (100.00) |
| 10/20/2023 | 102023 | 998 | 1010 | PZ - PMTOPACH | Insufficient Funds (R01) | admin5 | N | R093SCBQA07 | | (852.00) | 752.00 |
| 10/20/2023 | 102023 | | 1010 | CC - NSFFEE | NSF Fee: Cordeiro, ShaunR093SCBQA07 | admin5 | S | | 100.00 | | 852.00 |
| 10/21/2023 | 102023 | 436 | 1010 | PZ - PMTOPIRD | eMoneyOrder - Shaun Cordeiro | admin5 | Z | Y0YPMGDQA05 | | 954.00 | (102.00) |
| 10/25/2023 | 102023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | (37.00) |
| 10/25/2023 | 102023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | (102.00) |
| 11/01/2023 | 112023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 07/27/2023 - 08/27/2023 (11/1/2023) | admin5 | X | 962691447167982070 | 44.32 | | (57.68) |
| 11/01/2023 | 112023 | | 1010 | CL - GARAGE | 2-21 | MColindres | A | | 199.00 | | 141.32 |
| 11/01/2023 | 112023 | | 1010 | CL - STORAGE | 34 | MColindres | A | | 50.00 | | 191.32 |

GREP-000138

| OneSite Rents v3.0 | | | OneSite Reports - The Eddy | | | | | | | | Page 8 of 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/2024 | | | **ACCOUNTING (INTERNAL) LEDGER** | | | | | | | | res-370-002 |
| | | | 01/01/2022 through 01/24/2024 | | | | | | | | |

**Parameters:** Show transactions beginning - 01/01/2022 Select Status - All; Ledger Type - Accounting; SubJournals - ALL;

| Date | Period | Ref | GL | Type | Description | User | St | Control | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2023 | 112023 | | 1010 | CL - STORAGE | 35 | MColindres | A | | 50.00 | | 241.32 |
| 11/01/2023 | 112023 | | 1010 | CA - RENT | Base Rent | MColindres | A | | 3,200.00 | | 3,441.32 |
| 11/06/2023 | 112023 | 416 | 1010 | PZ - PMTOPIRD | Check Scan - Kevin Matlack | admin5 | Z | 321776730 | | 3,550.00 | (108.68) |
| 11/24/2023 | 112023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | (43.68) |
| 11/24/2023 | 112023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | (108.68) |
| 11/26/2023 | 122023 | | 1010 | PW - CONC/UP | Upfront Lease Concession - Cordeiro 11/21/23 134pm uber reimbursement | DRossetti | M | | | 14.03 | (122.71) |
| 11/26/2023 | 122023 | | 1010 | PW - CONC/UP | Upfront Lease Concession - Cordeiro 11/21/23 1114am uber reimbursement | DRossetti | M | | | 14.15 | (136.86) |
| 12/01/2023 | 122023 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 08/28/2023 - 09/24/2023 (12/1/2023) | admin5 | X | 96339029316 7982070 | 57.58 | | (79.28) |
| 12/01/2023 | 122023 | | 1010 | CL - GARAGE | 2-21 | MColindres | A | | 199.00 | | 119.72 |
| 12/01/2023 | 122023 | | 1010 | CL - STORAGE | 34 | MColindres | A | | 50.00 | | 169.72 |
| 12/01/2023 | 122023 | | 1010 | CL - STORAGE | 35 | MColindres | A | | 50.00 | | 219.72 |
| 12/01/2023 | 122023 | | 1010 | CA - RENT | Base Rent | MColindres | A | | 3,200.00 | | 3,419.72 |
| 12/22/2023 | 122023 | | 1010 | PX - GTOL | Gain To Lease In Force | jbrink | F | | | (65.00) | 3,484.72 |
| 12/22/2023 | 122023 | | 1010 | CA - GTOR | Gain To Lease In Force | jbrink | F | | (65.00) | | 3,419.72 |
| 12/31/2023 | 012024 | | 1010 | PW - CONC/OTHER | Legal fee credit | DRossetti | M | | | 490.00 | 2,929.72 |
| 01/01/2024 | 012024 | | 1010 | CK - WATER/RESIDENT | WATER/RESIDENT 09/25/2023 - 10/25/2023 (1/1/2024) | admin5 | X | 96408623316 7982070 | 43.45 | | 2,973.17 |
| 01/01/2024 | 012024 | | 1010 | CL - GARAGE | 2-21 | MColindres | A | | 199.00 | | 3,172.17 |
| 01/01/2024 | 012024 | | 1010 | CL - STORAGE | 34 | MColindres | A | | 50.00 | | 3,222.17 |
| 01/01/2024 | 012024 | | 1010 | CL - STORAGE | 35 | MColindres | A | | 50.00 | | 3,272.17 |
| 01/01/2024 | 012024 | | 1010 | CA - RENT | Base Rent | MColindres | A | | 3,200.00 | | 6,472.17 |
| 01/21/2024 | 012024 | 429 | 1010 | PZ - PMTOPACH | Check Scan - Shaun Cordeiro 1/22/2024 | admin5 | Z | 1006 | | 3,419.72 | 3,052.45 |

GREP-000139