# Exhibit  H

## Document Filed Under Seal

Manuals/Greystar Management and Operations (2015-2980 & 4905) Documents / Eviction /
V7.0 06/03/2020

GREP-00062-00063 (CONFIDENTIAL)