# Exhibit  I

## Document Filed Under Seal

MA Class Action – Detail Breakdown 2026_03_16_Yardi_

GREP-008155 (CONFIDENTIAL)