# Exhibit  J

## Document Filed Under Seal

MA Class Action – Detail Breakdown 2026_03_16_OneSite_

GREP-008156 (CONFIDENTIAL)