# Exhibit  K

## Document Filed Under Seal

MA Class Action – Detail Breakdown 2026_03_16_Entrata_

GREP-008157 (CONFIDENTIAL)