# Exhibit L

# BRYSON
## HARRIS · SUCIU · DEMAY

**Bryson, Harris, Suciu & DeMay ("Bryson")** is a national plaintiff's law firm with more than 65 attorneys and staff located across the United States. Bryson was founded in 2025 by Senior Partners Daniel K. Bryson, Scott C. Harris, Nick Suciu III, and James ("Jim") DeMay, each of whom brought decades of experience in class actions, mass torts, and complex litigation to the firm. Attorneys at Bryson have secured billions of dollars in recoveries for consumers, homeowners, patients, workers, small businesses, and public entities in courts across the country.

Bryson's practice focuses on complex, high-impact litigation, including:
- Data breach and data privacy (wiretap and tracking technologies, biometric privacy, healthcare privacy, financial data, and technology platform cases)
- Mass arbitration (including large scale consumer and digital privacy matters)
- Consumer protection and false advertising
- Defective products and product liability
- Environmental litigation and property damage
- State and local government fee and capacity charge litigation
- Securities, financial fraud, fraudulent lending, and insurance litigation

The firm's culture emphasizes collaboration, creativity, and transparent communication. Cases are handled by integrated teams that combine trial lawyers, appellate lawyers, subject-matter experts, and data and operations staff. Bryson's attorneys regularly serve as lead or co-lead counsel, steering committee members, and class counsel in high stakes litigation in both state and federal courts, including multi-district litigation and coordinated proceedings.

### Representative Class Action, MDL, and Complex Litigation Results

Attorneys now at Bryson have played leading roles in many significant complex and class matters, including:

**Defective Building Products and Construction Litigation**
- **In re Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047 (E.D. La.)** Attorneys now at Bryson served in leadership roles that helped secure settlements in excess of $1 billion for homeowners whose properties were damaged by defective Chinese drywall.
- **In re Allura Fiber Cement Siding Products Liability Litigation, MDL No. 2:19-md-2886 (D.S.C.)** National settlement on behalf of homeowners alleging premature cracking and failure of Allura fiber cement siding. Scott Harris has held leadership roles in this litigation.
- **In re Atlas Roofing Corp. Chalet Shingle Products Liability Litigation, MDL No. 2495 (N.D. Ga.)** Class action involving allegedly defective roofing shingles.

- **In re Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 1:15-md-02627 (E.D. Va.)**
  Litigation concerning formaldehyde emissions and durability defects in laminate flooring.
- **Generac Solar Power Systems Litigation**
  Scott Harris serves as co-lead counsel in litigation concerning alleged defects in residential solar power systems.
- **Upright Builders Inc. et al. v. Town of Apex, No. 18-CVS-3720 & 18-CVS-4384 (Wake Cty, N.C.)**
  Class action settlement with a $15.3 million fund for builders and developers challenging unlawful capacity and impact fees.
- **Daedalus, LLC v. City of Charlotte, Mecklenburg County, Nos. 18-CVS-21073 & 21-CVS-6952 (Mecklenburg Cty, N.C.)**
  Class settlement with a $106,000,000 fund on behalf of builders and developers seeking refund of improper water and sewer capacity fees.
- **Plantation Building of Wilmington, Inc., et al. v. Brunswick County, No. 19-CVS-647 (Brunswick Cty, N.C.)**
  Class settlement with a $15,250,000 fund for builders and developers recovering unlawful impact fees.

**Consumer Protection, Mislabeled Products, and False Advertising**

Many of Bryson's notable recoveries arise from consumer protection and food, drug, and cosmetic labeling cases. Nick Suciu III and Trenton ("Trent") Kashima in particular have obtained numerous multimillion-dollar class settlements in this area. Illustrative results include:

- **Clay et al. v. Cytosport, Inc., No. 3:15-cv-00165-L-AGS (S.D. Cal.)**
  Lead and class counsel in a dietary supplement mislabeling case, resulting in a $12 million class wide settlement.
- **Gregorio v. Premier Nutrition Corp., No. 17-cv-05987-AT (S.D.N.Y.)**
  $9 million class wide settlement on behalf of consumers challenging labeling and marketing of protein products.
- **In re P&G Aerosol Products Marketing and Sales Practices Litigation, MDL No. 2:22-md-03025 (S.D. Ohio)**
  $8 million class wide settlement involving aerosol products.
- **In re Beyond Meat, Inc. Protein Content Marketing and Sales Practices Litigation, MDL No. 3059 (N.D. Ill.)**
  $7.5 million class wide settlement relating to alleged misrepresentations of protein content.
- **Vance et al. v. Church & Dwight Co., Inc., No. 24-LA-1190 (St. Clair Cty, Ill.)**
  $6 million class wide settlement involving consumer product claims.
- **Carter et al. v. General Nutrition Centers, Inc., et al., No. 2:16-cv-00633 (W.D. Pa.)**
  $5 million class wide settlement in a consumer protection case involving GNC products.
- **Morrissey, et al. v. TULA Life Inc., No. 2021L000646 (DuPage Cty, Ill.)**
  $4 million class wide settlement.
- **Barnes et al. v. Unilever United States, Inc., No. 1:21-cv-06191 (N.D. Ill.)**
  $2 million class wide settlement.

- **Goldstein et al. v. Henkel Corporation and Thriving Brands LLC, No. 3:22-cv-00164-AWT (D. Conn.)**
  $1.95 million class wide settlement.
- **Krinsk et al. v. Monster Beverage Corp., No. 37-2014-00020192 (Cal. Super. Ct.)**
  Food labeling case involving "natural" representations of beverages, in which Trent Kashima obtained class certification and a class settlement on the eve of trial.
- **Hahn et al. v. Massage Envy, No. 3:12-cv-00153 (S.D. Cal.)**
  Consumer class action involving illegal forfeiture of prepaid massages, recovering approximately $32 million in relief for the class.
- **Horti v. Nestle Healthcare Nutrition, Inc., No. 22-16832, 2023 WL 8613601 (9th Cir. Dec. 13, 2023)**
  Important Ninth Circuit decision on Article III, UCL, and FAL standing in a dietary supplement false advertising case, argued by Trent Kashima.
- **Rothman v. Equinox Holding, Inc., No. 2:20-cv-09760-CAS-MBK (C.D. Cal.)**
  Trent Kashima was appointed class counsel in a class action over prepaid but unearned gym dues during the COVID-19 pandemic.
- **In re Evenflo Company, Inc. Marketing, Sales Practices & Products Liability Litigation, MDL No. 20-md-02938-DJC (D. Mass.)** (booster seat safety representations)
- **Carder et al. v. Graco Children's Products, Inc., No. 2:20-cv-00137-LMM (N.D. Ga.)** (booster seat labeling and safety)
- **Jimenez v. Artsana USA, Inc., No. 1:21-cv-07933 (S.D.N.Y.)** (child restraint marketing)
- **Nicole Dickens et al. v. Thinx Inc., No. 1:22-cv-04286-JMF (S.D.N.Y.)** (nationwide settlement of allegedly mislabeled menstrual underwear)
- **Shaw et al. v. Costco Wholesale Corp. et al., No. 2:20-cv-01620-RAJ (W.D. Wash.)** (nationwide settlement of allegedly mislabeled pet food)

**Financial Services, Fraudulent Lending, and Tenant Fee Litigation**
- **Underwood v. Future Income Payments, LLC, No. 8:17-cv-01570-DOC-DFM (C.D. Cal.)**
  Trent Kashima secured a RICO judgment stopping unfair and predatory pension advance loans targeting veterans and service members.
- Scott Harris has successfully prosecuted a series of class actions on behalf of mortgage borrowers and tenants, including:
  - $10.55 million settlement for homeowners against Nationstar Mortgage.
  - $7 million settlement for borrowers harmed by unlawful practices at Seterus, Inc.
  - Multiple multimillion-dollar settlements for tenants and apartment residents subjected to illegal convenience fees, junk fees, and eviction related charges, including recoveries exceeding $5 million, $4.7 million, $4.6 million, and $1.1 million in various tenant fee and junk fee class actions.

**Digital Privacy, Data Breach, and Mass Arbitration Experience**
Bryson maintains one of the leading plaintiff-side digital privacy and mass arbitration practices in the country. Attorneys at the firm have represented hundreds of thousands of consumers whose personal data was compromised or unlawfully tracked, and have developed repeat experience with biometric

privacy statutes, web tracking and pixel technology, and large-scale arbitration campaigns.

**Biometric Privacy and Mass Arbitration**
- **Parris et al. v. Meta Platforms, Inc., Case No. 2023-LA-000672 (Cir. Ct. DuPage Cty., Ill.)**
  Attorneys now at Bryson served as lead counsel in litigation arising out of mass arbitration of approximately 100,000 individual Illinois Biometric Information Privacy Act ("BIPA") claims relating to Instagram, which resulted in a $68.5 million class settlement.
- **Boone et al. v. Snap Inc., Case No. 2022-LA-000708 (Cir. Ct. DuPage Cty., Ill.)**
  Lead counsel in BIPA litigation following thousands of individual mass arbitrations against Snapchat, culminating in a $35 million class settlement.
- Bryson attorneys have led multiple other BIPA and biometric privacy cases involving social media platforms, retailers, and technology vendors, and have extensive experience litigating class certification, Article III and statutory standing, preemption, and damages issues in biometric and digital privacy actions.

**Data Breach and Data Privacy**
Bryson's Data Breach and Data Privacy practice represents victims of healthcare, financial, and technology related breaches, as well as unlawful tracking and interception claims under federal and state wiretap statutes. Scott Falgoust and other members of the team have represented more than 30,000 individual clients in mass arbitrations and hundreds of thousands of class members in data breach and digital privacy class actions. This work has included:
- Consumer and patient privacy class actions involving unauthorized disclosure of protected health information, financial account credentials, and other sensitive personal data;
- Web tracking and pixel cases involving Meta Pixel, Google Analytics, and similar technologies on healthcare, financial, and consumer-facing websites;
- Class and mass arbitration cases under federal and state wiretap statutes, including claims for statutory damages and treble damages under state consumer protection laws.

Because of this experience, Bryson is well positioned to manage the discovery, expert issues, class certification, and settlement administration that data breach and digital privacy cases demand.

<u>**Key Bryson Attorneys and Litigation Team**</u>

**Daniel K. Bryson**
**Senior Partner**
Daniel K. Bryson is a Senior Partner of Bryson and one of the firm's founding members. For more than three decades, he has represented plaintiffs in complex litigation in federal and state courts throughout the United States, with a particular focus on defective products, consumer protection, environmental litigation, and, more recently, data privacy and cybersecurity matters. He has served in court-appointed leadership roles in numerous multidistrict litigations and coordinated proceedings, including building products cases such as *In re Atlas Roofing Corp. Chalet Single Products Liability Litigation*, *In re Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation*, and *In re Allura Fiber Cement Siding Products Liability Litigation*, as well as the Chinese Drywall



MDL. His experience spans trial, appellate, and settlement work, and he has helped recover hundreds of millions of dollars in relief for classes and individual clients.

**Scott A. Harris**
**Senior Partner**
Scott Harris is a Senior Partner and founding member of Bryson. He has decades of experience prosecuting complex litigation and class actions on behalf of consumers, investors, and governmental entities. His practice includes financial fraud, securities, and consumer protection cases, as well as data privacy and mass arbitration matters. He has served in leadership or significant roles in numerous national cases and has tried complex matters to verdict, negotiated substantial class settlements, and overseen teams managing large-scale discovery and expert work.

**Nick Suciu III**
**Senior Partner**
Nick Suciu is a Senior Partner and co-founder of the firm whose practice focuses on consumer class actions, particularly involving food, beverages, and dietary supplements, as well as unfair and deceptive marketing. He began his legal career as in-house counsel in the dietary supplement industry, advising on FDA regulations, labeling, and advertising, and then shifted to representing consumers in class actions beginning in 2011. Over the past twelve years, he has been appointed as counsel in numerous consumer class actions involving purchasers of dietary supplements and has achieved significant results, including a twelve-million-dollar settlement in *Clay et al. v. Cytosport, Inc.*, a nine-million-dollar settlement in *Gregorio v. Premier Nutrition Corp.*, and a five-million-dollar settlement in *Carter v. General Nutrition Centers, Inc.*

**James "Jim" DeMay**
**Senior Partner**
Jim DeMay is a Senior Partner and founding member of Bryson. He has extensive experience litigating complex class actions, mass arbitrations, and commercial disputes, and has played central roles in high-value consumer and data privacy matters. Jim has served in leadership positions in major privacy and biometric information cases, including matters resulting in the 68.5-million-dollar settlement in *Parris v. Meta Platforms, Inc.* and the thirty-five-million-dollar settlement in *Boone v. Snap Inc.*, both of which arose out of large-scale mass arbitrations and were resolved through follow-on class actions. He regularly leads teams handling case investigation, expert development, settlement negotiation, and case administration.

**Jonathan Cohen**
**Senior Partner**
Jonathan Cohen is a Senior Partner whose practice focuses on complex commercial litigation, class actions, and mass torts. He has represented consumers, small businesses, and institutional clients in cases involving defective products, fraud, and unfair business practices. Jonathan has substantial trial and appellate experience and has helped lead litigation teams in high stakes matters involving nationwide discovery, complex damages models, and parallel regulatory issues.

**Karl Amelchenko**
**Senior Partner**
Karl Amelchenko is a Senior Partner at Bryson and an experienced trial lawyer whose practice centers on catastrophic personal injury, products liability, and mass tort cases on behalf of individuals and families. He has tried numerous cases to verdict, securing significant recoveries for clients injured by dangerous products, unsafe premises, and negligent conduct. Karl also represents plaintiffs in class actions and multidistrict litigations and brings trial-ready perspective to the firm's broader litigation strategy.

**Patrick A. Montoya**
**Senior Partner**
Patrick Montoya is a Senior Partner with a national practice in catastrophic personal injury, defective products, and mass tort litigation. Based in Miami, he has tried and resolved complex cases involving wrongful death, serious injuries, and large commercial losses, and has been involved in high-profile matters arising out of disasters and large-scale corporate misconduct. Patrick's class action and mass tort work includes leadership and key roles in multidistrict and coordinated proceedings, and he brings bilingual fluency and deep experience representing clients from diverse communities.

**Mark Silvey**
**Senior Partner**
Mark Silvey is a Senior Partner at Bryson whose practice focuses on insurance bad faith, class actions, and complex commercial litigation. He has represented policyholders and consumers in disputes with insurers and financial institutions, litigated coverage and bad faith claims, and handled class actions involving improper fees and claims handling practices. Mark regularly works with experts, regulators, and co-counsel to develop cases involving sophisticated insurance and financial services issues.

**Martha "Marty" Geer**
**Partner**
Marty Geer is a Partner and one of the firm's lead lawyers for appellate practice and strategic briefing. She brings more than four decades of litigation and judicial experience to Bryson. As a judge on the North Carolina Court of Appeals for more than thirteen years, she heard over 3,800 appeals and authored more than 1,350 opinions, with fewer than two percent reversed, reflecting both rigor and clarity in legal analysis. Before her judicial service, she practiced at Paul, Weiss, Rifkind, Wharton & Garrison LLP in New York and later served as a partner at prominent North Carolina plaintiffs' firms. Today, she focuses primarily on consumer protection class actions, handling high-stakes motions, appeals, and strategic briefing to ensure that cases are built for long-term success across all phases of litigation, and she occasionally assists co-counsel on complex motions or appeals in other matters.

**J. Hunter Bryson**
**Partner**
Hunter Bryson is a Partner in the Consumer Products and Data Privacy Groups and focuses on representing consumers subjected to fraud and deceptive practices across the United States. He has played key roles in high-stakes litigation resulting in substantial relief for thousands of individuals,

including: *Deadalus, LLC v. City of Charlotte* (106-million-dollar capacity-fee settlement fund), *Plantation Building of Wilmington, Inc. v. Brunswick County* (15.25-million-dollar impact-fee settlement fund), *Nicole Dickens, et al. v. Thinx Inc.* (nationwide mislabeled menstrual underwear settlement), and *Shaw et al. v. Costco Wholesale Corporation* (nationwide mislabeled pet food settlement). To date, Hunter has helped recover more than 168 million dollars for aggrieved individuals as court-appointed class counsel in state and federal courts, often after lengthy litigation against defendants with substantial resources and aggressive defense strategies.

**Trenton Kashima**
**Partner**
Trenton Kashima is a Partner in the Consumer Products Group with approximately ten years of experience exclusively representing consumers, employees, and businesses in complex actions, including class actions and mass arbitrations. His practice focuses on consumer protection statutes and wage-and-hour matters in both trial and appellate courts. As class counsel, he has recovered more than one hundred million dollars on behalf of class members and has managed practice groups and trained attorneys and law students in class action practice. His appointments include class counsel in *Clay v. Cytosport, Inc.* (mislabeling of protein supplements) and *Krinsk v. Monster Beverage Corp.* (mislabeling of "natural" beverages), and his other notable work includes *Hahn v. Massage Envy* and *Underwood v. Future Income Payments, LLC.*

**Robert Jimenez**
**Partner**
Robert Jimenez is a Partner at Bryson whose practice sits at the intersection of law and technology. He has a diverse background in litigation that includes commercial and real estate disputes, intellectual property matters, and data-privacy cases, with a particular focus on electronic discovery. Robert has represented some of the world's largest banking and financial institutions, litigated for and against famous trademark owners, and secured millions of dollars in judgments and settlement awards for institutional and individual clients. He also frequently advises law firms and attorneys on e-discovery strategy and has earned certifications from The Electronic Discovery Institute, The Sedona Conference, and the Association of Certified E-Discovery Specialists.

**Justin Day**
**Partner**
Justin Day is a Partner with a practice focused on complex litigation, mass torts, and catastrophic personal injury matters. He has represented individuals and families harmed by dangerous products, environmental exposures, and large scale corporate misconduct. Justin's experience includes trial work, class actions, and leadership roles in coordinated proceedings, and he has helped obtain substantial settlements and verdicts for his clients.

**Lucy Inman**
**Partner**
Judge Lucy Inman (ret.) is a Partner at Bryson and a board-certified appellate specialist. She previously served on the North Carolina Court of Appeals, where she authored hundreds of opinions. Before joining

the bench, she practiced at leading law firms and represented plaintiffs in complex civil litigation. At Bryson, she focuses on appellate work and strategic briefing in class actions, data privacy cases, and other complex matters, bringing judicial experience and appellate expertise to trial level strategy and appeals.

**Natalie Rico**
**Partner**
Natalie Rico is a Partner and trial lawyer whose practice spans class actions, mass torts, and serious personal injury cases. She has tried cases to verdict, led discovery and motion practice in complex proceedings, and co-chairs educational programs and CLEs on trial practice and consumer litigation. At Bryson, she plays a key role on trial teams and in developing litigation strategies in high-value cases.

**Scott Falgoust**
**Partner**
Scott Falgoust is a Partner at Bryson and focuses his practice on complex civil litigation with a particular emphasis on data privacy, data breach, and mass arbitration matters. He has represented more than 30,000 clients in mass arbitrations and hundreds of thousands more in data breach class actions, with work that spans arbitral forums and federal courts across the country. Scott has prosecuted consumer privacy claims under state and federal statutes and has secured favorable arbitration awards for clients asserting negligence, breach of contract, and statutory violations, including treble damages under consumer protection laws and statutory damages under federal and state wiretap acts. He began his career on the trial team in the Deepwater Horizon oil spill litigation and has spent more than a decade advocating for individuals harmed by corporate misconduct.

**Andrew Lemmon**
**Senior Counsel**
Andrew Lemmon is Senior Counsel at Bryson and leads the firm's Louisiana office. A New Orleans native, he has practiced for nearly forty years in Louisiana, Washington, and federal courts across the country. His experience includes environmental law, toxic and mass tort cases, business and succession disputes, and other complex litigation. Andrew has participated in numerous MDLs, class actions, shareholder and securities cases, and legislative matters, and recently served as chair of discovery committees in large antitrust and pharmaceutical litigations, including the Blue Cross Blue Shield Antitrust Litigation and the Taxotere multidistrict litigation. He also has extensive experience representing municipalities and associations on health insurance and workers' compensation issues.

**Markus M. Kamberger**
**Senior Counsel**
Markus Kamberger is Senior Counsel at Bryson, based in Miami. His legal practice focuses on personal injury, trucking, products liability, commercial litigation, contract dispute, multidistrict litigation, and class action matters. He previously served for more than fourteen years as an Army Reservist, holding positions with the 81st Readiness Division, multiple Legal Operations Detachments, Special Operations Command South, and the 758th Engineering Company, reflecting a long commitment to public service. In his civil practice, Markus has served on a trial team that obtained a verdict exceeding 100 million



dollars for a catastrophically injured client. He is admitted to practice in Florida and Texas and serves on the Florida Bar's Military and Veterans Committee.

**Jimmy Mintz**
**Senior Counsel**

Jimmy Mintz is Senior Counsel at Bryson and focuses his practice on class actions and mass arbitration matters that seek to vindicate consumer rights, particularly in the areas of consumer fraud and privacy violations. Before joining Bryson, Jimmy worked on a range of high stakes commercial and consumer litigation, including a decade-long private-trust dispute that culminated in an eight-week trial and a verdict in excess of 800 million dollars for his clients. He has also helped obtain favorable results in other jury trials and arbitrations and has authored successful appellate briefs before the Florida Third District Court of Appeal.

**Michael Dunn**
**Senior Associate**

Michael Dunn is a Senior Associate at Bryson and focuses on a variety of consumer protection class actions, including cases challenging unfair debt collection, landlord tenant disputes, junk fees, junk sales, and other deceptive practices in State and Federal Court. His past legal experience encompasses wage and hour, ERISA, personal injury, real estate, estate administration, business, employment law, employee benefits, and contract disputes, affording him the opportunity to play integral roles in securing judgments and settlements in several multimillion-dollar class actions.

**Offices**

Bryson maintains offices and attorneys in Raleigh, Miami, New York, Detroit, San Diego, St. Petersburg, and New Orleans, and routinely litigates cases nationwide in collaboration with co-counsel and local partners.



# FIRM RESUME

Maginnis Howard is a dedicated team of legal experts committed to defending the rights of individuals and businesses throughout North Carolina. Since 2009, our firm has represented hundreds of clients in state, federal, and appellate courts, as well as other courts around the country.

Our firm focuses on consumer protection, personal injury, business litigation, and employee rights disputes. We have combined the talents and experience of leading law firms from Raleigh, Charlotte, and Fayetteville to deliver thoughtful, strategic, and personalized representation to those who need it most. Our mission is clear: to right the wrongs inflicted on our clients by standing up to insurance companies, corporations, creditors, and anyone else who seeks to deprive them of their rights.

With over $100 million recovered for our clients, our track record speaks for itself. Whether we are holding insurance companies accountable for wrongful denials, fighting against systematic corporate failures, advocating for employees denied fair wages, or protecting businesses from unlawful actions, we are steadfast in our pursuit of justice.

At Maginnis Howard, we don't just litigate; we advocate passionately for our clients, guiding them through the complexities of civil litigation with the expertise and dedication they deserve.



# REPRESENTATIVE MATTERS

### DUGAN V. NATIONSTAR MORTGAGE LLC AND ACI PAYMENTS, INC.

M.D.N.C. No. 1:21-cv-341. Maginnis Howard attorneys served as class counsel in this nationwide class action on behalf of mortgage company borrowers in seven states. The $10,550,000 settlement is pending final approval.

### STEWART V. SOUTHWOOD REALTY COMPANY

Cumberland County Superior Court No. 18-CVS-6090. The firm secured $7,029,343 in monetary benefits for North Carolina consumers charged illegal fees, costs, and expenses.

### KOEPPLINGER ET AL. V. SETERUS, INC.

M.D.N.C. No. 1:17-cv-995. A $7,000,000 multi-district class settlement on behalf of consumers in twelve states who were sent unlawful threats of foreclosure.

### SUAREZ V. CAMDEN DEVELOPMENT, INC. ET AL.

E.D.N.C. Nos. 5:17-cv-124-D and 5:18-cv-455-D. The firm obtained $5,269,396 in monetary relief arising from apartment communities allegedly assessing improper eviction fees.

### MILROY ET AL. V. BELL PARTNERS INC. ET AL.

E.D.N.C. No. 5:18-cv-516. A $4,750,000 settlement of class claims arising from apartment communities allegedly assessing improper eviction fees.

### WALLACE V. GREYSTAR REALTY PARTNERS

M.D.N.C. No. 1:18-cv-501. The firm secured $4,665,000 in monetary benefits for North Carolina consumers charged illegal fees, costs, and expenses.

### BEARD V. KANIA ET AL.

Hillsborough Superior Court. The firm obtained a $2,930,952 wrongful death settlement.

### DIRECT LIST, INC. V. KESSLER ET AL.

S.D. Cal. No. 15-cv-2025. The firm obtained a $2,000,000 jury verdict for, inter alia, fraud and misappropriation of trade secrets.

### MEDINA V. WESTDALE ET AL.

E.D.N.C. No. 5:19-cv-142. The firm secured $1,842,037 in monetary benefits for North Carolina consumers charged illegal fees, costs, and expenses.



## TALLEY ET AL. V. LINCOLN PROPERTY COMPANY

E.D.N.C. No. 5:18-cv-550. A $1,250,000 settlement of class claims arising from allegedly improper eviction fees.

## ROWLAND ET AL. V. MID-AMERICA APARTMENTS, LP ET AL.

M.D.N.C. No. 1:18-cv-43. A $1,100,000 settlement of class claims arising from allegedly improper eviction fees.

## BARNHILL V. FIRST POINT COLLECTION RESOURCES, INC.

M.D.N.C. No. 1:15-cv-892. Class settlement on behalf of North Carolina consumers; settlement amount confidential.

## VAUGHAN V. DELTA DELTA DELTA FRATERNITY ET AL.

M.D.N.C. No. 1:24-cv-186. Class settlement in data-breach class action.

## POWERS V. EASTERN RADIOLOGISTS, INC.

N.C. Business Court (Pitt County) No. 24-CVS-772. Data-breach class action; the firm served on the Plaintiffs' Executive Committee.

## POWERS AND WATKINS V. HOSPITALITY VENTURES MANAGEMENT, LLC

Guilford County Superior Court No. 21-CVS-4489. The firm was appointed class counsel.

## JORDAN V. PREFERRED FINANCIAL CORP. ET AL.

M.D.N.C. No. 1:21-cv-914. The firm was appointed class counsel.

## WILLIAMS V. PEGASUS RESIDENTIAL, LLC

M.D.N.C. No. 1:18-cv-1030. The firm was appointed class counsel.

## MCCORD V. PRG REAL ESTATE MGMT., INC. ET AL.

M.D.N.C. No. 1:20-cv-854. The firm was appointed class counsel.

## JOHNSON V. PALM ASSOCIATES, LLC

M.D.N.C. No. 1:20-cv-1049. The firm was appointed class counsel.

## RUSH V. THE NRP GROUP LLC

M.D.N.C. No. 1:18-cv-886. The firm was appointed class counsel.

## DAVIS V. RAM PARTNERS, LLC



M.D.N.C. No. 1:19-cv-349. The firm was appointed class counsel.

### HAMPTON V. KPM ET AL.

E.D.N.C. No. 5:18-cv-485. The firm was appointed class counsel.

### DAVIS V. MRO CORPORATION

Durham County Superior Court No. 22-CVS-3672-310. The firm was appointed class counsel.

### DIB V. F4L SPORTS, INC. ET AL.

Cumberland County Superior Court No. 23-CVS-5797. The firm was appointed class counsel.

### MCMILLAN V. BLUE RIDGE COMPANIES ET AL.

Cumberland County Superior Court No. 18-CVS-4991. The firm was appointed class counsel.

### WRIGHT V. UNITED MANAGEMENT

Hoke County Superior Court No. 20-CVS-487. The firm was appointed class counsel.

### SMITH V. EXCEL PROPERTY MANAGEMENT, INC.

Columbus County Superior Court No. 20-CVS-872. The firm was appointed class counsel.

### EATON V. PARR INVESTMENTS

Forsyth County Superior Court No. 20-CVS-3741. The firm was appointed class counsel.

### HAMILTON V. ARCAN CAPITAL, LLC ET AL.

Forsyth County Superior Court No. 18-CVS-1624. The firm was appointed class counsel.

### LEWIS ET AL. V. BRIDGE PROPERTY MANAGEMENT, LLC ET AL.

Wake County Superior Court No. 18-CVS-9565. The firm was appointed class counsel.

### HARGROVE V. GRUBB MANAGEMENT, INC. ET AL.

Wake County Superior Court No. 17-CVS-7995. The firm was appointed class counsel.

### BROGDEN V. KENNEY PROPERTIES, INC. ET AL.

Wake County Superior Court No. 18-CVS-10880. The firm was appointed class counsel



# CLASS ACTION ATTORNEY PROFILES

### EDWARD H. MAGINNIS | Managing Member

Ed is the managing member of Maginnis Howard. Ed's practice is focused on consumer protection and business litigation matters. He has served as lead counsel and class counsel in numerous matters where substantial jury verdicts, settlements, arbitration awards, and appellate victories were secured on behalf of consumers and North Carolina businesses.

Ed earned his law degree from The University of Virginia School of Law in 2004 and his Bachelor of Arts from the University of Virginia in 2001. Ed has served previously as the Chair for Consumer Areas of Practice at the North Carolina Advocates for Justice and has taught multiple CLEs relating to consumer protection laws, class actions, and the management of small law firms. Ed was named to the Super Lawyer List for excellence in his practice in 2021, 2022, and 2023. Prior to his move to North Carolina and opening his own law firm, Ed practiced in Washington, D.C., at two large law firms, with an occasional focus on defending class action lawsuits.

### KARL S. GWALTNEY | Partner

Karl is a partner with the firm with a focus on consumer protection and wage and hour disputes. Karl's primary areas of practice relate to the Telephone Consumer Protection Act, the Fair Debt Collection Practices Act, the North Carolina Debt Collection Act, the North Carolina Collection Agency Act, the North Carolina Wage and Hour Act, and the Fair Labor Standards Act. Karl has served as lead counsel and class counsel in numerous matters where substantial settlements or arbitration awards were secured for North Carolina consumers.

Karl joined the firm in 2012 after graduating from the University of North Carolina School of Law and his Bachelor of Arts from Appalachian State University in 2009. Karl is a member of the National Association of Consumer Advocates, the North Carolina Advocates for Justice, and the North Carolina Bar Association. Karl was named to the Super Lawyers' Rising Stars list as one of the top up-and-coming attorneys in North Carolina for 2017, 2018, 2019, 2020, 2021, and 2022 and the Super Lawyer List for 2023.

## IAN E. VANCE | Associate

Ian is an associate attorney with the firm, with a focus on consumer protection. Ian's primary areas of practice relate to the Fair Credit Reporting Act, Fair Debt Collection Practices Act, North Carolina Debt Collection Act, North Carolina Collection Agency Act, the North Carolina Unfair Deceptive Trades Practices Act, Virginia Consumer Protection Act, and automobile fraud. Ian joined the firm in 2023 after moving from Virginia. Ian spent seven (7) years practicing in Virginia with a focus on consumer protection and tenant-side housing litigation. Ian graduated from the University of Richmond School of Law in 2014 and graduated from the University of Virginia with a double-major in Economics and Philosophy in 2009. Ian was named to the Super Lawyer's Rising



Stars list as one of the top up-and-coming attorneys in Virginia for consumer protection for 2021, 2022, and 2023.

Ian has presented several CLE topics on various consumer topics. Ian is admitted to the North Carolina and Virginia state bars, the United States Court of Appeals for the Fourth Circuit, and U.S. District Courts for the Eastern and Western Districts of Virginia and Eastern and Middle Districts of North Carolina.

## CHRISTOPHER R. BAGLEY  |  Attorney

Chris Bagley is a Consumer Protection attorney with the firm. After graduating with an undergraduate degree in Economics and a Master of Journalism, Chris spent twelve years in business journalism and public relations and t

wo years as a legal affairs reporter in the Research Triangle. In 2016, he graduated from the University of North Carolina School of Law.

At UNC Law, Chris was an editor and executive board member of the North Carolina Journal of International Law, receiving the Seymour Wurfel Award for outstanding contributions. He was also a Holderness Moot Court client counseling team member and judges' chair for the J. Braxton Craven moot court competition.

Chris is a member of the North Carolina State Bar and is admitted to practice in the U.S. District Courts for the Eastern, Middle and Western Districts of North Carolina and the U.S. Court of Appeals for the Fourth Circuit. He serves on the board of the North Carolina Lawyer Chapter of the American Constitution Society. He is involved with several legal organizations, including the Public Justice Foundation and the National Association of Consumer Advocates.

## OFFICE LOCATIONS

### RALEIGH
7706 Six Forks Rd., Suite 101
Raleigh, NC 27615

### CHARLOTTE
6842 Carnegie Blvd., Suite 100
Charlotte, NC 28211

### FAYETTEVILLE
2850 Village Dr., Suite 206
Fayetteville, NC 28304



# GREATER BOSTON LEGAL SERVICES FIRM RESUME

Greater Boston Legal Services (GBLS) is a best-in-class legal aid organization committed to helping people living in poverty in the Greater Boston metro region and throughout the Commonwealth of Massachusetts to assert their rights and meet their basic needs. Since its founding in 1900 as the Boston Legal Aid Society, GBLS' mission has remained steadfast to ensure that equal access to justice is accessible to all in our community.

GBLS provides legal assistance in a variety of poverty law specialties, including consumer rights issues; access to and retention of affordable housing and temporary shelter; no-fault evictions; domestic violence-related family law issues such as child custody, family support, and divorce matters; wage and benefits issues of low-wage workers including some tax issues; employment barriers such as CORI issues; asylum and immigrants' rights; access to health care and disability benefits; nursing home related matters; debt relief; welfare-related issues including access to job training and child care; and advocacy for elders.

Annually, Greater Boston Legal Services helps approximately 12,000 low-income families and individuals solve their civil legal problems. We represent our clients in court, at appeals, in hearings before administrative law judges, and with advice and paperwork, both as individuals and through partnerships with community organizations.

In addition to direct client services, GBLS engages in legislative and systemic law reform advocacy in an effort to help all residents of the Commonwealth. GBLS has a special focus on impact litigation and our attorneys have frequently submitted appellate briefs and appeared before the state's highest court. GBLS has a track record of successful class action litigation to defend the rights of as many people as possible. GBLS staff also provide trainings across the state and at national conferences to low-income community members, social service agencies, and other legal aid organizations.



# REPRESENTATIVE MATTERS

## LOUIS ET AL. V. SAFERENT SOLUTIONS ET AL.

M.A.D.C. No. 1:22-CV-10800-AK. GBLS, with co-counsel, secured a roughly $2.3 million settlement to prevent SafeRent Solutions from discriminating against tenants based on income and race.

## MARSTERS V. HEALEY

M.A.D.C. No. 1:22-cv-11715-NMG. GBLS, with co-counsel, secured a settlement on behalf of tens of thousands of individuals with disabilities, which expanded opportunities for individuals residing in nursing facilities to receive the services they needed to live in their communities of choice.

## GARCIA V. DEPT. OF HOUSING AND COMMUNITY DEVELOPMENT

M.A.D.C. No. SJC-12507. GBLS challenged the Commonwealth's failure to place eligible unhoused families in emergency assistance shelter promptly and to place families close to their home communities to decrease disruption to work, school, and community.

## FUENTES ET AL. V. SFE ENERGY MASSACHUSETTS, INC.

M.A.S.C. No. 1981CV01030. GBLS challenged the unfair and deceptive door-to-door solicitation practices of the alternative energy company that caused plaintiffs and other class members to pay more for utility services, securing waivers and refunds of undue fees.

## CASSAMAS ET AL. V. HALLKEEN MANAGEMENT INC., ET AL.

M.A.D.C. No. 1:24-cv-12574. GBLS settled to limit the rent and fees that Prospect House can charge to the low-income elders that reside at Prospect House and are served by those programs, securing financial recourse for class members.

## S.A. ET AL. V. BOSTON PUBLIC SCHOOLS

GBLS achieved a change to school discipline policies to reduce suspensions, eliminate suspensions for very young children, and increase the use of non-exclusionary, alternative discipline.

 **REPRESENTATIVE MATTERS**

### HARPER V. DEPT. OF TRANSITIONAL ASSISTANCE

M.A.D.C. 1:07-cv-12351-MLW. GBLS secured a settlement increasing access to benefits and services for persons with disabilities by improving readability and content of written notices and forms.

### S. BANK NATIONAL ASSOC. V. IBANEZ

458 Mass. 637 (2011). GBLS challenged bank foreclosure rights, creating more safeguards for homeowners in the foreclosure process.

### HEALTH CARE FOR ALL ET AL. V. PATRICK

GBLS' settlement expanded access to dental services for over 400,000 children on MassHealth.

### DANIELS-FINEGOLD V. MA BAY TRANSPORTATION AUTHORITY

M.A.D.C. No. 02-cv-11504. GBLS successfully improved access to public transportation for 200,000+ people with disabilities who live in the MBTA's service area, as well as improvements for all riders.

### PERLERA V. VINING DISPOSAL SERVICE, INC.

47 Mass. App. Ct. 491 (1999). GBLS secured higher wages and overtime pay for municipal workers.



# CLASS ACTION ATTORNEY PROFILES

## KRISTEN BOR-ZALE  | Senior Attorney

Kristen is a Senior Attorney in GBLS' Consumer Rights Unit. Kristen's practice focuses on a variety of consumer issues for low-income clients, including litigating unfair and deceptive practices, defending debt collection actions, and assisting with credit repair. Kristen has extensive experience with client counseling, drafting litigations filings, and motion practice. She advocates at the MA State House for improved legislation by working with coalitions, organizing legislative briefings, connecting impacted people with opportunities to testify, working with the media, meeting with legislators, and creating memoranda. In her role as Senior Attorney, Kristen has trained and supervised legal advocates as well as managing volunteers and law students. Kristen originally came to GBLS through a two-year Equal Justice Works Fellowship focused on the consumer protection needs for survivors of domestic violence, including advocating for legislation on coerced debt.

Kristen earned her law degree from Northeastern University School of Law in 2019 and a BA from Boston College in 2012. Prior to joining GBLS in 2021, Kristen served as a judicial clerk to the Honorable Joseph M. Ditkoff in the Massachusetts Appeals Court. She participated in the Boston Bar Association Public Interest Leadership Program (Class of 2025-2026). In 2026, Kristen was recognized as an Up & Coming Lawyer by Massachusetts Lawyers Weekly as well as receiving the Rising Star Award from the Massachusetts Bar Association. Kristen is admitted to the bar in Massachusetts.

## COURTNEY LIBON | Senior Attorney

Courtney is a Senior Attorney in GBLS' Cambridge and Somerville Legal Services (CASLS) office. Courtney represents tenants in a variety of housing matters affecting access to affordable housing and homelessness prevention, as well as representing claimants in federal Social Security disability benefits (SSI/SSDI) matters. In her role as Senior Attorney, Courtney also supervises attorneys, paralegals, and law students on all substantive areas of law and provides consultations, case guidance, and present formal trainings to community partners. Courtney engages in policy advocacy on a local and state level regarding issues impacting clients, including: negotiating housing authority policies; consulting on legislative language; and advocating for changes to local tenant programs., and participates in research and briefing on impactful housing cases on the trial court and appellate level, including class actions in Federal District Court.



# CLASS ACTION ATTORNEY PROFILES

Courtney earned her law degree from Fordham University School of Law in 2012 and a BA from Bard College in 2008. Prior to joining GBLS in 2022, Courtney worked in other legal aid organizations, representing tenants and people with disabilities in asserting their rights. Courtney has been published in Glendale Associates, LP v. Harris: Due Process Rights of Disabled Tenants under the Massachusetts Common Nuisance Statute, G.L. c. 139, § 19, 64 Boston Bar J. (Fall 2020) She participated in the Boston Bar Association Public Interest Leadership Program (Class of 2020-2021) and was recognized with the Somerville Cambridge Elder Services Kahn Collaboration Award in 2021. Courtney is admitted to the bar in Massachusetts and New York.

## ADDITIONAL RESOURCES

In light of GBLS's collaborative work environment and staff of over 120 attorneys, the aforementioned attorneys also have access to input and supervision from many GBLS advocates who have decades of prior experience in complex litigation, class actions, housing law and consumer protection.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SHAUN CORDEIRO and KEVIN MATLACK, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br> v.<br><br>GREP ATLANTIC, LLC, and EDDY OWNER, L.L.C.<br><br>    Defendants. | **CASE NO.:** 1:23-CV-12901-AK |

**DECLARATION OF SEAN AHERN IN SUPPORT OF APPOINTMENT OF THE**
**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL AS CLASS COUNSEL**

I, Sean M. F. Ahern, hereby declare as follows:

1.    I am co-counsel for the Plaintiff in this action.

2.    This declaration is made pursuant to the Federal Rules of Civil Procedure, Rule 23(a)(4), to satisfy the Rule's "adequacy" requirement, in support of Plaintiff's concurrently filed Motion for Class Certification.

3.    As part of the Motion for Class Certification, I, along with my co-counsel at Bryson Harris Suciu & DeMay, Maginnis Howard, and Greater Boston Legal Services, seek appointment as class counsel.

4.    I make this declaration in lieu of the submission of a law firm resume.

5.    I work full time for a clinic affiliated with Harvard Law School, the Legal Services Center ("LSC"), located at 122 Boylston Street in Jamaica Plain, Massachusetts 02130.

6.    LSC has served as class counsel in several cases over the past decades. Recently, LSC was appointed as class counsel in two cases in Massachusetts Superior Court: *Royal & Costa v. Metcalf et al.,* no. 2384CV02302-BLS2 (Suffolk Sup. Ct.); and, *Machado & Espinosa v. Goldberg et al.*, no. 1784CV02056H (Suffolk Sup. Ct.).

7.    I personally was appointed as class counsel over the past year in this District in the matter of *Cassamas et al. v. HallKeen Management Inc. et al.*, 1:24-cv-12574-ADB (D. Mass.), a case which involved an allegation of unlawful fees assessed against low-income elders in a subsidized assisted living residence.

8.    I have been a member of the Massachusetts bar in good standing for approximately 8 1/2 years. I began to work for a legal services office full-time doing eviction defense and tenants' rights work in 2020. Over the past approximately six years, I have focused my practice on tenant and consumer rights. I have litigated claims arising under Mass. Gen. Laws c. 93a extensively, including to trial, and have in-depth knowledge of landlord-tenant and consumer law. I currently teach and supervise law students on a full-time basis as part of a law school consumer protection clinic.

9.    I declare under the penalty of perjury that the foregoing is true and correct.

Dated the 17th day of June, 2026

/s/ Sean Ahern
Sean M.F. Ahern (BBO #698446)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Telephone: (617) 384-0071
sahern@law.harvard.edu