# Exhibit M

**EXHIBIT**

**2**

exhibitsticker.com

December 9th, 2022

Shaun Cordeiro & Kevin Matlack
10 New St., Apt. #1010
Boston, MA 02128

Re:      10 New St. Apt. #1010, Boston, MA 02128

Dear Shaun Cordeiro & Kevin Matlack:

We hereby give you written notice of the following:

A.      Your tenancy at the above referenced apartment will be terminated fourteen (14) days from the date you receive this notice.

B.      The reason for your Landlord's action is for non-payment of rent, **totaling $6,429.03.**

C.      If you remain in your apartment on the date specified for termination, as recited in Paragraph A above, the Landlord may seek to enforce the termination only by bringing a judicial action in court, at which time you may present a defense to the eviction.

D.      If you are considered disabled under applicable state or federal law, you have a right to a reasonable accommodation to resolve occupancy agreement violations, if such violations were a result of any such disability.

E.      If any tender of monies or payments does not comply with the requirements noted above or otherwise cure or excuse the breach as provided by law, any monies paid by you after the date of this notice shall be accepted for use and occupancy only and not for rent, shall not waive this notice or subsequent eviction, nor shall it create a new tenancy.

F.      This Notice is an attempt to collect a debt and any information received from you will be used for that purpose.

G.      Unless you dispute this debt within thirty days after receipt of this Notice and dispute the validity of the debt, or any portion thereof, then this debt will be assumed to be valid.

H.      Upon your written request, within thirty days after receipt of this Notice, disputing this debt or any portion thereof, we will provide you with a verification of the debt or a copy of the judgment against you. This information will be sent to you by first class mail.

I.      Upon your written request, within thirty days after receipt of this Notice, disputing this debt or any portion thereof, we will provide you with the name and address of the original creditor, if different from the current creditor.

J.      Even if you dispute the amount owed, this will not preclude the landlord from proceeding forward with a judicial proceeding for eviction where you can present your defenses and counterclaims, if any.

Very truly yours,
Kayla Agustin, Assistant Community Manager

*Because of the global COVID-19 pandemic, you may be eligible for temporary protection from eviction under the laws of your State, territory, locality, or tribal area, or under Federal law. Learn the steps you should take now: visit www.cfpb.gov/eviction or call a housing counselor at 800-569-4287.*

Date Filed: 1/17/2023 3:09 PM
Housing - Eastern (Boston)
Docket Number:

## RETURN OF SERVICE

Date: December 9, 2022

I served the within Notice to Quit "in hand" / "by leaving a true copy under the door at the last and usual place of abode" (circle one) of the within named for each tenant: (tenant's name(s). I also mailed a copy postage prepaid on this date to each tenant.

Said service was made at and/or mailed to: 10 New St. Apt. #1010, Boston, MA 02128

*Kayla Agustin*

_____

Signed by

*Final 12-30, as amended 10-28-21*

## ATTESTATION FORM TO ACCOMPANY RESIDENTIAL NOTICE TO QUIT

**THIS NOTICE TO QUIT IS NOT AN EVICTION.**
**YOU DO NOT NEED TO IMMEDIATELY LEAVE YOUR UNIT.**
**YOU ARE ENTITLED TO A LEGAL PROCESS IN WHICH YOU CAN FIGHT THE EVICTION.**
**ONLY A COURT ORDER CAN FORCE YOU TO LEAVE YOUR UNIT.**

*Pursuant to section 1(a) of chapter 257 of the Acts of 2020, as amended by chapter 20 of the Acts of 2021, a notice to quit for nonpayment of rent given by a landlord to a residential tenant pursuant to section 11 or section 12 of chapter 186 of the General Laws must be accompanied by this attestation form. A landlord's obligation to provide her/his tenant(s) with this attestation form begins on the effective date of the law, December 31, 2020, per the <u>Trial Court of Massachusetts Housing Department's Third Amended Standing Order 6-20</u>, <u>Massachusetts District Court Third Amended Standing Order 10-20</u> and <u>Boston Municipal Court Third Revised Standing Order 11-20</u> and lasts until January 1, 2023.*

*Instructions for completing this attestation form can be found here:* <u>Notice to Quit Attestation Form and Submission Information | Mass.gov</u>

Name(s) of landlord(s): The Eddy Apartments (GEGC 2 New Street, LLC)_____ ("Landlord")

Name(s) of tenant(s): Shaun Cordeiro, Kevin Matlack_____ ("Tenant")

Address where the Tenant lives: 10 New St. #1010 Boston, MA 02128_____ ("Unit")

By signing below, Landlord is swearing that all of the following statements are true and correct:

1. The Unit (check one) is c is not **X** a "covered dwelling" under section 4024(a)(1) of the federal Coronavirus Aid, Relief, and Economic Security Act, P.L. 116-136 (the "CARES Act"). If the Unit is a "covered dwelling," the notice to quit (check one) does □ does not **X** comply with the requirements of section4024(c) of the CARES Act, which requires longer notice periods for some "covered dwellings." (See instructions for information on the CARES Act.)

2. There (check one) are □ are not **X** existing written or verbal agreements between the Tenant and Landlord related to the repayment of overdue rent. <u>If there are any existing written agreements, a copy of each agreement must be attached to this attestation form</u>. If there is a verbal agreement, check this box. □

*Signed under pains and penalties of perjury:*

_Kayla Agustin_____        Date: 12/9/2022_____

Printed name: Kayla Agustin , Assistant Community Manager

*Additional signatures, if necessary:*

_____    Date:_____

Printed name:

_____    Date:_____

Printed name:

Date Filed: 1/17/2023 3:09 PM
Housing - Eastern (Boston)
Docket Number:

*Final 12-30, as amended 10-28-21*

**Information for the Landlord and the Tenant**

*Rental Assistance*

If you are having trouble paying your rent, there is help available. The Department of Housing and Community Development runs several rental assistance programs including the following:

- **Federal Emergency Rental Assistance Program** (ERAP) may provide up to 18 months of help with overdue and/or future rent due on or after 3/13/20, as well as overdue utilities in arrears up to $2,500. Find more information here - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-emergency-rental-assistance-program-(erap)-

- **Residential Assistance for Families in Transition Program** (RAFT) helps keep households in stable housing situations when facing eviction, foreclosure, loss of utilities, and other housing emergencies caused by loss of income, increase in expenses, or both. RAFT helps all kinds of households by providing up to $10,000 per household to help preserve current housing or move to new housing. Find more information here - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

- **Emergency Rental and Mortgage Assistance Program** (ERMA) can provide rental and mortgage assistance to low-income households who have been impacted by the crisis and may not be eligible for RAFT. This program is available for households within the 50-80% range of Area Median Income (AMI). ERMA may provide up to $10,000 for eligible households to assist with rent or mortgage arrears accrued after April 1, 2020 and/or with upcoming rent or mortgage payments. Find more information here - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

**You may apply for each of these rental assistance programs with one application via DHCD's Central Application portal located here - mass.gov/covidhousinghelp**

A good way to learn more about these programs is to call 211 or visit DHCD's web page at https://hedfuel.azurewebsites.net/raa.aspx to be referred to your local Housing Consumer Education Center. You can also learn more at https://www.mass.gov/covid-19-getting-help-with-housing-costs.

*Massachusetts Court Rules on Evictions*

The Massachusetts trial court **rules on summary process cases** can be found here: https://www.mass.gov/trial-court-rules/trial-court-rule-i-uniform-summary-process-rules

The Massachusetts trial courts have issued a number of **standing orders** that affect how eviction cases are filed and processed. You can find those orders on the trial courts' website: https://www.mass.gov/info-details/covid-19-eviction-information#cdc-moratorium-information-

The Courts' Standing Orders require that any case filing on or after January 25, 2021 must be accompanied by an affidavit swearing that this attestation form has been given to the tenant. The affidavit created by the Trial Court of Massachusetts must be used, and can be found here: https://courtforms.jud.state.ma.us/publicforms/TC0012

Date Filed: 1/17/2023 3:09 PM
Housing - Eastern (Boston)
Docket Number:

*Bản cuối ngày 30 tháng Chạp, được tu chính ngày
28 tháng Mười, 2021*

## Thông Tin Dành Cho Chủ Nhà Và Người Thuê Nhà

*Hỗ Trợ Tiền Thuê*

Nếu quý vị đang gặp khó khăn trả tiền thuê, thì có chương trình hỗ trợ cho quý vị. Ban Phát Triển Gia Cư và Cộng Đồng (Department of Housing and Community Development) điều hành vài chương trình trợ cấp trả tiền thuê nhà sau đây:

- **Chương Trình Trợ Cấp Tiền Thuê Khẩn Cấp (Emergency Rental Assistance Program, hay ERAP) Liên Bang** có thể giúp đến 18 tháng để trả tiền thuê còn nợ và/hoặc sau ngày 13 tháng Ba, 2020, cũng như các tiện ích còn nợ lên đến $2,500. Tìm thêm thông tin tại đây - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-emergency-rental-assistance-program-(erap)-

- **Chương Trình Hỗ Trợ Gia Cư cho Gia Đình Đang Chuyển Tiếp (Residential Assistance for Families in Transition Program, hay RAFT)** giúp giữ cho tình trạng gia cư của gia đình được ổn định khi đang bị đuổi nhà, phá sản, mất tiện ích, và trường hợp khẩn cấp gia cư khác do mất lợi tức, chi phí gia tăng hoặc cả hai. RAFT giúp tất cả các gia đình và trợ cấp lên đến $10,000 mỗi gia đình để sửa chữa lại ngôi nhà hiện tại hoặc dời tới ngôi nhà mới. Tìm thêm thông tin tại đây - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

- **Chương Trình Hỗ Trợ Tiền Thuê và Tiền Vay Mua Nhà (Emergency Rental and Mortgage Assistance Program, hay ERMA)** có thể hỗ trợ tiền thuê và tiền vay mua nhà cho gia đình có lợi tức thấp đã bị ảnh hưởng bởi khủng hoảng và có thể không đủ tiêu chuẩn cho RAFT. Chương trình này có sẵn cho các gia đình nằm trong khoảng 50-80% Lợi Tức Trung Bình (Area Median Income, hay AMI). ERMA có thể cấp đến $10,000 cho các gia đình đủ tiêu chuẩn được hỗ trợ tiền thuê và tiền vay mua nhà còn thiếu sau ngày 1 tháng Tư, 2020 và/hoặc tiền thuê hoặc tiền vay nhà sắp trả. Tìm thêm thông tin tại đây - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

**Quý vị có thể nộp xin tất cả các chương trình hỗ trợ tiền thuê này với chỉ một đơn tại cổng Nộp Đơn Trung Tâm của DHCD tại đây - mass.gov/covidhousinghelp**

Cách hiệu quả nhất để tìm hiểu thêm về các chương trình này là gọi 211 hoặc vào trang web DHCD tại https://hedfuel.azurewebsites.net/raa.aspx để được giới thiệu Housing Consumer Education Center (Trung Tâm Giáo Dục Người Tiêu Dùng Về Nhà Ở) tại địa phương. Quý vị có thể tìm hiểu thêm tại trang web https://www.mass.gov/covid-19-getting-help-with-housing-costs.


*Phán Quyết Của Tòa Án Ở Massachusetts Về Thủ Tục Trục Xuất Người Thuê Nhà*

Tòa án tiểu bang Massachusetts phán quyết thủ tục đơn giản cho các vụ kiện tụng sau đây: https://www.mass.gov/trial-court-rules/trial-court-rule-i-uniform-summary-process-rules

Tòa án của tiểu bang Massachusetts đã ban hành **án lệnh hiện hành** có ảnh hưởng đến cách nộp đơn thưa kiện và xử lý các vụ kiện về trục xuất người thuê nhà. Quý vị có thể tìm hiểu thêm về các án lệnh trên trang web của tòa án: https://www.mass.gov/info-details/covid-19-eviction-information#cdc-moratorium-information-and- form-

Lệnh hiện hành của tòa án yêu cầu tất cả hồ sơ vụ kiện đã nộp vào ngày hoặc trước ngày 25 tháng 1 năm 2021 phải kèm theo bản khai có tuyên thệ rằng chủ nhà đã đưa mẫu chứng nhận cho người thuê nhà. Quý vị phải dùng bản khai có tuyên thệ của Tòa Sở Thẩm Tại Massachusetts đã tạo và có thể tìm thấy tại: https://courtforms.jud.state.ma.us/publicforms/TC0012

Date Filed: 1/17/2023 3:09 PM
Housing - Eastern (Boston)
Docket Number:

*Final 12-30, en su versión modificada del 10-28-21*

## Información para el propietario y el inquilino

*Asistencia para alquileres*

Si está teniendo dificultades para pagar su alquiler, hay ayuda disponible. El Departamento de Vivienda y Desarrollo Comunitario administra varios programas de asistencia para alquileres, incluyendo los siguientes:

- **Programa Federal de Asistencia de Emergencia para el Alquiler** (ERAP, por sus siglas en inglés) puede proporcionar hasta 18 meses de ayuda para los alquileres atrasados y/o futuros que se deban pagar a partir del 3/13/20, así como para los servicios públicos atrasados hasta $2,500 dólares. Encuentre más información aquí - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-emergency-rental-assistance-program-(erap)-

- **Programa de Asistencia Residencial para Familias en Transición** (RAFT, por sus siglas en inglés) ayuda a mantener a las unidades familiares en situaciones de vivienda estables cuando se enfrentan al desalojo, la ejecución hipotecaria, la pérdida de los servicios públicos y otras emergencias de vivienda causadas por la pérdida de ingresos, el aumento de los gastos o ambos. RAFT ayuda a todo tipo de hogares proporcionando hasta $10,000 por unidad familiar para ayudar a conservar la vivienda actual o a mudarse a una nueva. Encuentre más información aquí - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

- **Programa de Asistencia de Emergencia para Alquileres e Hipotecas** (ERMA, por sus siglas en inglés) puede proporcionar ayuda para el alquiler y la hipoteca a las unidades familiares de bajos ingresos que se han visto afectadas por la crisis y que no pueden optar a RAFT. Este programa está disponible para las unidades familiares que se encuentren dentro del rango del 50-80% de los ingresos medios del área (AMI, por sus siglas en inglés). ERMA puede proporcionar hasta $10,000 a las unidades familiares que reúnan los requisitos para ayudar con los atrasos en el alquiler o la hipoteca acumulados después del 1 de abril de 2020 y/o con los próximos pagos del alquiler o la hipoteca. Encuentre más información aquí - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

**Puede solicitar cada uno de estos programas de ayuda al alquiler con una sola solicitud a través del portal de solicitud central de DHCD aquí - mass.gov/covidhousinghelp-es**

Una buena manera de informarse más sobre estos programas es llamar al 211 o visitar la página web de DHCD en https://hedfuel.azurewebsites.net/raa.aspx para que lo refieran a su Centro de Educación al Consumidor sobre la Vivienda local. Usted también puede informarse más enhttps://www.mass.gov/covid-19-getting-help-with-housing-costs.

*Reglamento del Tribunal de Massachusetts sobre desalojos*

**Las normas sobre casos de proceso sumario** del tribunal de primera instancia de Massachusetts pueden encontrarse aquí:

https://www.mass.gov/trial-court-rules/trial-court-rule-i-uniform-summary-process-rules

Los tribunales primera instancia de Massachusetts han emitido varias **resoluciones permanentes** que afectan cómo se inician y se procesan los casos de desalojo. Usted puede encontrar esas resoluciones en el sitio web de los tribunales de primera instancia: https://www.mass.gov/info-details/covid-19-eviction- information#cdc-moratorium-information-and-form-

Las Resoluciones Permanentes de los Tribunales exigen que cualquier caso que se presente a partir del 25 de enero de 2021 debe estar acompañado de una declaración jurada o afidávit que dé testimonio que este formulario de declaración ha sido entregado al inquilino. Debe usarse la declaración jurada creada por el Tribunal de Primera Instancia de Massachusetts, y puede encontrarla aquí: https://courtforms.jud.state.ma.us/publicforms/TC0012

Date Filed: 1/17/2023 3:09 PM
Housing - Eastern (Boston)
Docket Number:

*em 30/12, conforme emenda de 10/28/2021*

**Informações para o locador e locatário**

*Assistência para aluguel*

Se estiver passando por dificuldades para pagar o aluguel, existem programas de auxílio disponíveis. O Department of Housing and Community Development (Departamento de Habitação e Desenvolvimento Comunitário) administra vários programas de assistência para aluguel, incluindo o seguinte:

- O **Programa Federal de Assistência Emergencial para Aluguel de** (ERAP - **Federal Emergency Rental Assistance Program**) pode fornecer até 18 meses de ajuda com aluguel vencido e/ou a vencer em ou após 13/03/20, bem como serviços públicos vencidos em atraso de até $ 2.500. Encontre mais informações aqui - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-emergency-rental-assistance-program-(erap)-

- O **Programa de Assistência Residencial para Famílias em Transição** (RAFT - **Residential Assistance for Families in Transition Program**) ajuda a manter as famílias em situações de habitação estável quando enfrentam despejo, execução hipotecária, perda de serviços públicos e outras emergências habitacionais causadas por perda de renda, aumento nas despesas ou ambos. O RAFT ajuda todos os tipos de famílias, fornecendo até US$ 10.000 por família para ajudar a preservar as residências atuais ou mudar para novas residências. Encontre mais informações aqui - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

- O **Programa de aluguel emergencial e de assistência hipotecária** (ERMA - **Emergency Rental and Mortgage Assistance Program**) pode fornecer aluguel e assistência hipotecária para famílias de baixa renda que foram afetadas pela crise e que podem não ser elegíveis para RAFT. Este programa está disponível para famílias na faixa de 50-80% da Renda Média da Área (AMI). O ERMA pode fornecer até $ 10.000 para famílias qualificadas para ajudar com o aluguel ou hipoteca atrasados acumulados após 1 de abril de 2020 e/ou com o próximo aluguel ou pagamentos de hipoteca. Encontre mais informações aqui - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

**É possível se inscrever para cada um desses programas de assistência para aluguel com um aplicativo no portal de aplicativos central do DHCD localizado aqui - mass.gov/covidhousinghelp-pt**

Uma boa maneira de aprender mais sobre esses programas é ligar para 211 ou visitar a página do DHCD em https://hedfuel.azurewebsites.net/raa.aspx para ser encaminhado ao Housing Consumer Education Center local. Pode também obter mais informações em https://www.mass.gov/covid-19-getting-help-with-housing-costs .

*Regras do tribunal de Massachusetts sobre despejos*

As regras do tribunal de primeira instância de Massachusetts **referentes aos casos de despejo** podem ser encontradas no endereço: https://www.mass.gov/trial-court-rules/trial-court-rule-i-uniform-summary-process- rules

Os tribunais de primeira instância de Massachusetts emitiram diversas **ordens permanentes** que afetam o arquivamento e processamento dos casos de despejo. Pode encontrar essas ordens no site dos tribunais: https://www.mass.gov/info- details/covid-19-eviction-information#cdc-moratorium-information-and-form

As ordens permanentes dos tribunais exigem que qualquer processo iniciado em ou após 25 de janeiro de 2021 seja acompanhado por uma declaração juramentada de que o formulário de atestado foi entregue ao locatário. A declaração juramentada criada pelo Tribunal de Primeira Instância de Massachusetts deve ser usada e pode ser encontrada no endereço https://courtforms.jud.state.ma.us/publicforms/TC0012

Date Filed: 1/17/2023 3:09 PM
Housing - Eastern (Boston)
Docket Number:

*终稿：12月30日，修订日期：2021年10月28日*

为房东和租户提供的信息

*租金援助*

如果你在付房租方面遇到困难，可以寻求帮助。住房与社区发展部（DHCD）目前正在开展几项租金援助计划，包括以下各项：

- **联邦紧急房租援助计划 (ERAP)** 可提供最多18个月的帮助，以解决2020年3月13日或之后到期的逾期未付和/或未来房租，以及最多2,500美元的逾期水电费。在此处查找更多信息 - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-emergency-rental-assistance-program-(erap)-

- **家庭过渡住房援助计划 (RAFT)** 可帮助在家庭面临驱逐、止赎、水电煤气断供以及因收入损失、支出增加或两者同时发生时的其他住房紧急情况时，使家庭的住房状况保持稳定。RAFT通过为每个家庭提供高达10,000美元的资金帮助来保有当前住房或搬到新住房，为各种家庭提供帮助。在此处查找更多信息 - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

- **紧急房租和抵押贷款援助计划 (ERMA)** 可为受危机影响并且可能不符合RAFT资格的低收入家庭提供房租和抵押贷款援助。该计划适用于地区收入中位数 (AMI) 50-80% 范围内的家庭。ERMA可以为符合条件的家庭提供最多10,000美元，以协助支付2020年4月1日之后产生的房租或抵押贷款欠款和/或即将支付的房租或抵押贷款。在此处查找更多信息 - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

你可以通过下列**DHCD**中央申请门户网站 **mass.gov/covidhousinghelp** 来申请这些房租援助计划，每个计划需要提交一份申请

了解有关这些计划更多信息的一种好方法是拨打211号码，或查看DHCD的网页 https://hedfuel.azurewebsites.net/raa.aspx 请求转介至当地住房消费者教育中心。你也可以在网站 https://www.mass.gov/covid-19-getting-help-with-housing-costs 了解更多信息。

*马萨诸塞州有关驱逐的法院规定*

可在此处查找马萨诸塞州初审法院关于加速程序案件的规定： https://www.mass.gov/trial-court-rules/trial-court-rule-i-uniform-summary-process-rules

马萨诸塞州初审法院已发布多项暂行命令，这些命令会影响驱逐案的提交和处理方式。你可以在初审法院的网站上查看这些命令：https://www.mass.gov/info-details/covid-19-eviction-information#cdc-moratorium-information-and-form

法院暂行命令要求在2021年1月25日或之后提交的任何案件必须随附一份宣誓已将本声明表提供给租户的宣誓书。必须使用由马萨诸塞州初审法院编写的宣誓书，可在以下网址查找该宣誓书： https://courtforms.jud.state.ma.us/publicforms/TC0012

*Final 12-30, jan sa modifye 10/28/2021*

**Enfòmasyon pou Mèt Kay ak Lokatè a**

*Asistans pou Lokasyon*

Si w gen pwoblèm pou peye kay ou lwe a, gen èd ki disponib. Depatman Lojman ak Devlopman Kominotè a ap dirije plizyè pwogram asistans pou lokasyon, sa enkli sa ki annaprè yo:

- **Pwogram Federal Asistans Ijans pou Lwaye [Emergency Rental Assistance Program** (ERAP) ] ka bay jiska 18 mwa èd avèk aryere ak/oswa pwochen pemna lwaye nan oswa apre 3/13/20, ansanm avèk aryere sèvis piblik nan reta jiska $2,500. Jwenn plis enfòmasyon isit la - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-emergency-rental-assistance-program-(erap)-

- **Pwogram Asistans Rezidansyèl pou Fanmi ki nan tranzisyon yo (Residential Assistance for Families in Transition Program** (RAFT) ede kenbe kay yo nan sitiyasyon lojman estab lè yap fè fas avèk degèpisman, sezi ipotèk, pèt sèvis piblik, ak lòt ijans lojman akozpèt revni, ogmantasyon nan depans, oswa toulède. RAFT ap ede tout kalite kay yo lè li bay jiska $10,000 pou chak kay pou ede konsève lojman aktyèl oswa demenaje nan nouvo lojman. Jwenn plis enfòmasyon isit la - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

- **Pwogram Asistans Ijans pou Lwaye ak Ipotèk [Emergency Rental and Mortgage Assistance Program** (ERMA)] kapab bay asistans pou lokasyon ak ipotèk pou fanmi ki gen revni fèb ki te afekte nan kriz la epi ki ka pa kalifye pou RAFT. Pwogram sa a disponib pou fanmi yo ki nan nivo 50-80% Revni Medyan Zòn (AMI). ERMA ka bay jiska $10,000 pou kay ki elijib pou ede yo avèk aryere lwaye oswa ipotèk akimile apre 1$^{ye}$ avril 2020 ak/oswa peman lwaye oswa ipotèk k ap vini yo. Jwenn plis enfòmasyon isit la - https://www.mass.gov/info-details/emergency-housing-payment-assistance-during-covid-19#details-on-the-raft-and-erma-programs-

**Ou ka aplike pou chak nan pwogram asistans lwaye sa yo avèk yon aplikasyon atravè pòtal aplikasyon Santral DHCD ki lokalize isit la - mass.gov/covidhousinghelp**

Yon bon fason pou aprann plis sou pwogram sa yo se pou rele 211 oswa vizite paj entènèt DHCD nan https://hedfuel.azurewebsites.net/raa.aspx pou w refere nan Sant Edikasyon Konsomatè Lojman Lokal. Ou ka aprann plis tou nan https://www.mass.gov/covid-19-getting-help-with-housing-costs.

*Règleman Tribinal Massachusetts sou Degèpisman*

Ou kapab jwenn isit la **règleman sou rezime pwosesis tribinal** premyè enstans Massachusetts sou ka enfraksyon yo:https://www.mass.gov/trial-court-rules/trial-court-rule-i-uniform-summary-process-rules

Tribinal Premyè Enstans Massachusetts te mete deyò yon sèten kantite **lòd pèmanan** ki afekte kijan yo depoze ak trete ka degèpisman yo. Ou kapab jwenn lòd sa yo tou sou sit entènèt tribinal premyè enstanslan: https://www.mass.gov/info-details/covid-19-eviction-information#cdc-moratorium-information-and-form-

Lòd Pèmanan Tribinal yo egzije ke, depi yon moun depoze nenpòt ki dosye nan oswa apre 25 Janvye 2021 dwe akonpaye ak yon deklarasyon sou sèman ki di ke li te bay lokatè a atestasyon sa a. Li sipoze itilize deklarasyon sou sèman an ke Tribinal Premyè Enstans Massachusetts la fè, e li kapab jwenn li isit la: https://courtforms.jud.state.ma.us/publicforms/TC0012

Date Filed: 1/17/2023 3:09 PM
Housing - Eastern (Boston)
Docket Number:

**CITY** *of* **BOSTON**

Housing

# Landlord/Constable Compliance Certificate of Service

I certify that, pursuant to the Housing Stability Notification Act, I served a copy of the Resources and Information for Tenants on the below on this date:

**TENANT NAME & ADDRESS:**

Shaun Cordeiro, Kevin Matlack

10 New St. #1010

Boston, MA 02128

City of Boston
Department of Neighborhood Development
Landlord Notices, Office of Housing Stability
43 Hawkins Street
Boston, MA 02114

Kayla Agustin

Printed Name

Signature

12/9/22

Date

❑ By checking this box, I acknowledge that typing my name is a substitute for formally signing this document.

*Electronic signatures are acceptable pursuant to the Supreme Judicial Court's Updated Order Authorizing Use of Electronic Signatures by Attorneys and Self-Represented Parties In Re: COVID-19 (Coronavirus) Pandemic.*

**A copy of this Certification must be provided to the Office of Housing Stability, together with the Notice to Quit pursuant to the Housing Stability Notification Act.**

Case 1:23-cv-12901-AK   Document 103-13   Filed 06/17/26   Page 12 of 12

## Required by the Housing Stability Notification Act

If you are a Boston tenant, you may be eligible for help from the following agencies. Some income limits and other eligibility criteria may apply.

### For legal help, visit COVID Eviction Legal Help Project at evictionlegalhelp.org or call 211.

| | | |
|---|---|---|
| For help resolving landlord/tenant matters, including evictions, housing search assistance, referrals for legal services, and applications for financial assistance, visit: **boston.gov/housing-stability** or **call (617) 635-4200.** | For help with rental assistance, rent arrears, and/or moving expenses, visit: **State Rental Relief Fund (RAFT)** mass.gov/covid-19-getting-help-with-housing-costs or contact 211 **City Rental Relief Fund** boston.gov/rental-relief or contact 311 | For legal help and advocacy in evictions, contact: **Great Boston Legal Services** (617) 603-1807 **Harvard Legal Aid Bureau** (617) 495-4408 **Legal Services Center of Harvard Law School** (617) 390-2535 |

# OFFICE OF HOUSING STABILITY TENANTS' RIGHTS IN AN EVICTION CASE

It is important that you consult with a lawyer as soon as possible. As a tenant, you may choose to, **but do not have to,** move by the move out date in the notice to quit. **ONLY THE COURT CAN ORDER YOU TO LEAVE YOUR HOME.** The Office of Housing Stability can refer you to an attorney and provide other eviction resources. Visit boston.gov/eviction-questions for more information. **APPLYING FOR RENTAL ASSISTANCE NOW MAY TEMPORARILY STOP YOUR HOUSING COURT CASE.**

### NOTICE TO QUIT

*Landlord provides the tenant with a Notice to Quit (in most cases)*
- The amount of notice will vary depending on the type of tenancy. In most cases, it will be 14 or 30 days or a rental period notice.

### COURT COMPLAINT

*Landlord provides the tenant with a summary process Complaint*
- The Summons and Complaint will be hand-delivered by a constable/sheriff OR left at the tenant's apartment and sent by first class mail.
- The Summons will list the court location and you will receive a court notice with your hearing date and time at a later time. **PAY ATTENTION TO THESE DATES – MISSING A COURT APPEARANCE MAY RESULT IN AN AUTOMATIC JUDGMENT AGAINST YOU.**
- Most hearings will held by Zoom.  If you need access to a computer, please call one of the legal resources listed above.
- The tenant will likely have at least 2.5 weeks' notice of the court date. More information about your court date can be found on masscourts.org.
- *During your hearing, you may have access to a free lawyer.* **YOU MUST ASK TO SPEAK TO THIS LAWYER.**

### FILE ANSWER AND DEMAND FOR JURY TRIAL

*Tenant has the right to file an Answer and Demand for Jury Trial, and other documents by the deadline ("Answer Date") in the Complaint*
- The tenant should file with the court and give the landlord (or landlord's attorney) an Answer and Demand for Jury Trial three days before the first Court event.
- The Answer explains any defenses or counterclaims the tenant has to the landlord's claim for possession, any rent due, and any lease violations. Counterclaims are claims that the tenant has against the landlord such as bad conditions or mishandling a security deposit.
- By the same deadline, the tenant has the right to file and serve discovery requests (requests for information from the landlord about the case) and a Demand for Jury Trial.
- INFORM THE COURT THAT YOU HAVE APPLIED FOR RENTAL ASSISTANCE. THIS MAY TEMPORARILY STOP YOUR HOUSING COURT CASE.

 *Use the QR code or visit boston.gov/tenant-notification to view this document in additional languages.*

*This document is for informational purposes only and does not constitute legal advice from or on behalf of the City of Boston.*